# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 16-10386 (CSS)<br><br>(Jointly Administered) |
| PARAGON LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.A. R.L., NOBLE FDR HOLDINGS LIMITED, ASHLEY ALMANZA, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID WILLIAMS,<br><br>Defendants. | Adv. Proc. No. 17-51882 (CSS) |

## CERTIFICATION OF COUNSEL IN SUPPORT OF ORDER
## EXTENDING DEADLINE TO ANSWER COMPLAINT

The undersigned counsel for Noble Corporation plc, Noble Corporation Holdings Ltd., Noble Corporation, Noble Holding International (Luxembourg) S.á.r.l., Noble Holding International (Luxembourg NHIL) S.á.r.l.), Noble FDR Holdings Limited, Ashley Almanza, Michael A. Cawley, Lawrence J. Chazen, Julie H. Edwards, Gordon T. Hall, Jon A. Marshall,

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "Joint Administrators"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

James A. MacLennan, Mary P. Ricciardello, Julie J. Robertson, and David W. Williams (collectively, "Defendants")[2], hereby certifies as follows:

1. On December 15, 2017, the Paragon Litigation Trust (the "Plaintiff" and collectively with Defendants, the "Parties") commenced this adversary proceeding and filed the Complaint (the "Complaint") against the Defendants.

2. On January 3, 2018, the Plaintiff caused the Clerk of Court to issue the summons, setting February 2, 2018, as the deadline for Defendants to file their motion or answer to the Complaint.

3. The date for the pretrial conference is forthcoming.

4. Accordingly, the Parties have stipulated and agreed to extend the deadline for Defendants to submit their motion or answer to the Complaint until February 15, 2018.

5. Counsel to the Plaintiff has reviewed this Certification of Counsel in Support of Order Extending Deadline to Answer Complaint and the Proposed Order (as defined below) and agrees to the entry of the Proposed Order.

Accordingly, the undersigned counsel respectfully requests that the Court enter the order (the "Proposed Order") attached hereto as Exhibit A extending the deadline for the Defendants to submit a motion or answer to the Complaint.

---

[2] In submitting this Certification of Counsel in Support of Order Extending Deadline to Answer Complaint, the Defendants do not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated:  January 24, 2018
       Wilmington, Delaware

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Stephen J. Della Penna (I.D. No. 6103)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

– and –

George A. Zimmerman
Lauren E. Aguiar
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel for Defendants*