IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC[1],<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.A R.L., NOBLE FDR HOLDINGS LIMITED, ASHLEY ALMANZA, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID WILLIAMS,<br><br>        Defendants. | Adv. Proc. No.17-51882 (CSS) |

## DECLARATION OF ASHLEY ALMANZA

I, Ashley Almanza, declare as follows:

1. My name is Ashley Almanza, and I am submitting this declaration in support of my Motion to Dismiss the Complaint.

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "Joint Administrators"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

2. I am an Irish national and permanent resident of the United Kingdom. I have lived in the United Kingdom continuously for the last twenty-six years.

The Noble Board of Directors

3. On April 26, 2013, I was appointed to the Board of Directors of Noble Corporation plc ("Noble"), a company incorporated under the laws of England and Wales. I have served as a director of Noble since then.

4. From the time I joined the Noble board in April 2013 until the time of the spin-off of Paragon Offshore plc ("Paragon") from Noble on August 1, 2014 (the "Spin-Off"), I never traveled to the United States on Noble business, and all of Noble's board meetings were held outside of the United States, typically in the United Kingdom, Switzerland, or the Cayman Islands.

5. Also during that time period, Noble's principal place of business was in the United Kingdom, and all of Noble's executive management were based either there or in Geneva, Switzerland. I do not recall having any specific communications with anyone at Noble in the United States regarding the Spin-Off before it occurred.

6. After the Spin-Off, certain Noble board meetings were held in the United States. I joined two of those meetings by telephone in July 2017 and February 2018, and attended one of those meetings in person in October 2017.

7. Aside from the one Noble board meeting that I attended in person in October 2017, I have never traveled to the United States on Noble business.

Lack of Contacts with the United States

8. I have never been a citizen or resident of the United States. I have never worked or paid taxes in the United States.

9. I have never had a telephone number or mailing address in the United States. I have never held any licenses or certifications in the United States.

10. The only property of any sort that I have ever owned in the United States is stock in Noble and Paragon that I received as compensation for serving as a director of Noble. I have never traded in Noble or Paragon stock.

11. The first time that I recall visiting the United States was in 2001 or 2002. Since then, my trips to the United States have been mostly in connection with my role as Chief Executive Officer of G4S, a British multinational security services company headquartered in England. G4S is not affiliated with Noble or Paragon. These visits generally lasted less than a week, with the exception of several visits that I extended to include a family vacation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 15, 2018

By: _____
Ashley Almanza