# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.A R.L., NOBLE FDR HOLDINGS LIMITED, ASHLEY ALMANZA, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID WILLIAMS,<br><br>Defendants. | Adv. Proc. No.17-51882 (CSS)<br><br><br><br><br><br><br><br><br><br><br><br>Hearing Date: To Be Determined |

## DEFENDANTS' MOTION TO DISMISS IN FAVOR OF
## ARBITRATION AND TO STAY THE PROCEEDINGS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012(b), and Federal Arbitration Act, 9 U.S.C. §§ 3 and 4, Defendants Noble Corporation plc, Noble Corporation Holdings Ltd.,

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "Joint Administrators"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

Noble Corporation, Noble Holding International (Luxembourg) S.á.r.l., Noble Holding International (Luxembourg NHIL) S.á.r.l., Noble FDR Holding Limited, Michael A. Cawley, Lawrence J. Chazen, Julie H. Edwards, Gordon T. Hall, Jon A. Marshall, James A. MacLennan, Mary P. Ricciardello, Julie J. Robertson, and David W. Williams (the "Defendants"), by and through their undersigned counsel, hereby move this Court (the "Motion") to (1) dismiss the Paragon Litigation Trust's (the "Trust") claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, and unjust enrichment (Compl. Counts VI–VIII) in favor of arbitration; and (2) stay all proceedings in this adversary proceeding pending the completion of such arbitration. The grounds for this Motion are more fully set forth in the *Memorandum of Law in Support of Defendants' Motion to Dismiss in Favor of Arbitration and to Stay the Proceedings*, filed along with this motion.

Wherefore, Defendants respectfully request that the Court enter an order, substantially in the form attached as Exhibit A, dismissing the Trust's claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, and unjust enrichment in favor of arbitration, staying this proceeding pending the completion of arbitration, and granting such other and further relief as the Court deems just and proper.

## STATEMENT PURSUANT TO LOCAL RULE 7012-1

This Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334. Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Defendants do not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

**STATEMENT PURSUANT TO DISTRICT COURT RULE 7.1.1**

On February 13, 2018, counsel for the Defendants and counsel for the Trust, including Delaware counsel for both parties, conducted a telephonic meet and confer with respect to the relief sought by this Motion. The parties made a reasonable effort to reach agreement on the matters set forth in this Motion. The parties have not reached an agreement on the matters set forth in this Motion at this time.

[Remainder of Page Left Intentionally Blank].

Dated:  February 15, 2018

Wilmington, Delaware

                             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                             */s/ Anthony W. Clark*
                             Anthony W. Clark (ID: 2051)
Stephen J. Della Penna (ID: 6103)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone:  (302) 651-3000
Facsimile:  (302) 651-3001

- and -

George A. Zimmerman *(admitted pro hac vice)*
Lauren E. Aguiar *(admitted pro hac vice)*
Four Times Square
New York, New York 10036-6522
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000

- and –

Wallis M. Hampton *(admitted pro hac vice)*
1000 Louisiana Street, Suite 6800
Houston, Texas 77002-5026
Telephone:  (713) 655-5116
Facsimile:  (713) 483-9116

*Counsel for the Defendants*