**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>                Debtor.[1] | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>                Plaintiff,<br><br>     v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.A R.L., NOBLE FDR HOLDINGS LIMITED, ASHLEY ALMANZA, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID WILLIAMS,<br><br>                Defendants. | Adv. Proc. No.17-51882 (CSS) |

**DECLARATION OF STEPHEN J. DELLA PENNA IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS IN FAVOR OF ARBITRATION
<u>AND TO STAY THE PROCEEDINGS</u>**

I, Stephen J. Della Penna, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746,

that the following is true and correct to the best of my knowledge:

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "Joint Administrators"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

1.  I am an attorney at law duly admitted to the practice of law in the State of Delaware and am an associate at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps") with an office located at One Rodney Square, Wilmington, Delaware 19899-0636.  Skadden Arps is counsel to the Defendants in the above-captioned matter.

2.  I respectfully submit this Declaration in support of the Defendants' Motion to Dismiss in Favor of Arbitration and to Stay the Proceedings and to submit true and correct copies of the exhibits attached hereto.

3.  Attached hereto as Exhibits A through F are true and correct copies of the following documents:

| **Exhibit** | **Description** |
|---|---|
| A. | Master Separation Agreement, dated as of July 31, 2014, between Noble Corporation and Paragon Offshore plc, a copy of which was attached to Form 8-K that was filed by Noble Corporation plc with the United States Securities and Exchange Commission on August 5, 2014. |
| B. | Tax Sharing Agreement, dated as of July 31, 2014, between Noble Corporation and Paragon Offshore plc, a copy of which was attached to Form 8-K that was filed by Noble Corporation plc with the United States Securities and Exchange Commission on August 5, 2014. |
| C. | Employee Matters Agreement, dated as of July 31, 2014, between Noble Corporation and Paragon Offshore plc, a copy of which was attached to Form 8-K that was filed by Noble Corporation plc with the United States Securities and Exchange Commission on August 5, 2014. |
| D. | Transition Services Agreement, dated as of July 31, 2014, between Noble Corporation and Paragon Offshore plc, a copy of which was attached to Form 8-K that was filed by Noble Corporation plc with the United States Securities and Exchange Commission on August 5, 2014. |
| E. | Transition Services Agreement (Brazil), dated as of July 31, 2014, among Paragon Offshore do Brasil Limitada, Paragon Offshore (Nederland) B.V., Paragon Offshore plc, Noble Corporation, Noble Dave Beard Limited and Noble Drilling (Nederland) II B.V., a copy of which was attached to Form 8-K that was filed by Noble Corporation plc with the United States Securities and Exchange Commission on August 5, 2014. |

|   |   |
|---|---|
| F. | Rule R-7 of the Commercial Arbitration Rules and Mediation Procedures of the American Arbitration Association (the "AAA Rules") |

      4.      Full copies of Exhibits A through F are available at the following web addresses:

**Exhibit A:**
https://www.sec.gov/Archives/edgar/data/1458891/000119312514293924/d769176dex21.htm

**Exhibit B:**
https://www.sec.gov/Archives/edgar/data/1458891/000119312514293924/d769176dex101.htm

**Exhibit C:**
https://www.sec.gov/Archives/edgar/data/1458891/000119312514293924/d769176dex102.htm

**Exhibit D:**
https://www.sec.gov/Archives/edgar/data/1458891/000119312514293924/d769176dex103.htm

**Exhibit E:**
https://www.sec.gov/Archives/edgar/data/1458891/000119312514293924/d769176dex104.htm

**Exhibit F:** https://www.adr.org/sites/default/files/commercial_rules.pdf

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

    Dated: Wilmington, Delaware
          February 15, 2018

                                  */s/ Stephen J. Della Penna*
                                  Stephen J. Della Penna