# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PARAGON OFFSHORE PLC, | ) | Case No. 16-10386 (CSS) |
|  | ) |  |
| Debtor.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
| PARAGON LITIGATION TRUST, | ) |  |
|  | ) | Adversary Proc. No. 17-51882 (CSS) |
| Plaintiff | ) |  |
| vs. | ) |  |
|  | ) |  |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.A R.L., NOBLE FDR HOLDINGS LIMITED, ASHLEY ALMANZA, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID WILLIAMS, | ) | |
|  | ) |  |
| Defendants. | ) |  |

## DECLARATION OF GENNA L. GHAUL

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number is Paragon Offshore plc (in administration) (6017). The Debtor's mailing address is 3151 Briarpark Drive, Suite 700, Houston, Texas 77042. Neville Barry Kahn and David Philip Soden, each of Deloitte LLP, are the joint administrators of Paragon Offshore plc (in administration) (the "Joint Administrators"). The affairs, business and property of Paragon Offshore plc (in administration) are managed by the Joint Administrators.

01:23040265.1

I, Genna L. Ghaul, hereby declare as follows:[2]

1.　　I am an associate with the law firm of Jones Day and serve as counsel of record for the Plaintiff Paragon Litigation Trust. I am competent to make this declaration.

2.　　I submit this declaration to the Court in support of *The Paragon Litigation Trust's Memorandum of Law in Opposition to Defendants' Motion to Dismiss in Favor of Arbitration and to Stay the Proceedings*, filed contemporaneously herewith.

3.　　Attached as Exhibit A is a true and correct copy of Noble's internal timeline for the Spin-Off, dated July 18, 2014 (Noble_00419510).

4.　　Attached as Exhibit B is a true and correct copy of an email chain between attorneys for Noble and attorneys for Paragon over the period of May 19, 2017 to June 6, 2017, with the subject line "Paragon – Plan Language".

5.　　Attached as Exhibit C is a true and correct copy of that certain Share Purchase Agreement between Noble FDR Holdings Limited and Paragon Offshore Finance Company, dated July 15, 2014 (Noble_00367384).

6.　　Attached as Exhibit D is a true and correct copy of that certain Share Purchase Agreement between Paragon Offshore Finance Company, Noble Holding International (Luxembourg) S.à r.l., and Noble Holding International (Luxembourg NHIL) S.à r.l., dated July 15, 2014 (Noble_00367394).

7.　　Attached as Exhibit E is a true and correct copy of that certain intercompany Promissory Note between Paragon Offshore Finance Company and Noble FDR Holdings Limited, dated July 15, 2014 (PGN00069135).

---

[2]　Capitalized terms not defined here have the meanings given in the *Memorandum Of Law In Support Of Defendants' Motion To Dismiss In Favor Of Arbitration And To Stay The Proceedings* [D.I. 24] and the Complaint.

01:23040265.1

8. Attached as Exhibit F is a true and correct copy of that certain intercompany Promissory Note between Paragon Offshore Finance Company and Noble Holding International (Luxembourg) S.à r.l., dated July 15, 2014 (PGN00069140).

9. Attached as Exhibit G is a true and correct copy of that certain intercompany Promissory Note between Paragon Offshore Finance Company and Noble Holding International (Luxembourg NHIL) S.à r.l., dated July 15, 2014 (PGN00069145).

10. Attached as Exhibit H is a true and correct copy of an excerpt from Section 172(3) of the Companies Act 2006.

11. Attached as Exhibit I is a true and correct copy of an excerpt from Section 213 of the Insolvency Act 1986.

12. Attached as Exhibit J is a true and correct copy of an excerpt from Section 214 of the Insolvency Act 1986.

13. Attached as Exhibit K is a true and correct copy of *Starglade Properties Ltd v Nash* [2010] EWCA Civ 1314.

14. Attached as Exhibit L is a true and correct copy of a press release issued by Noble Corporation plc titled "NOBLE CORPORATION PLC COMMENTS ON CLAIMS FILED BY PARAGON LITIGATION TRUST", dated December 18, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: March 30, 2018
New York, New York

By: /s/ Genna Ghaul
Genna L. Ghaul