IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PARAGON OFFSHORE PLC, et al., | : | Case No.: 16-10386 (CSS) |
| | : | |
| Debtors. | : | |
| PARAGON LITIGATION TRUST | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No.: 17-51882(CSS) |
| | : | |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.A.R.I., NOBLE FDR HOLDINGS LIMITED, ASHLEY ALMANZA, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID WILLIAMS, | : | |
| | : | Adv. D.I. 23 |
| Defendants. | : | |

**ORDER**

For the reasons set forth in the Court's opinion dated August 6, 2018, it is hereby ordered that the Defendants' *Motion to Dismiss in Favor of Arbitration and to Stay the Proceedings* (Adv. D.I. 23), filed on February 15, 2018, is GRANTED for Claim VIII, and

DENIED for Claims VI-VII. Furthermore, the Court declines to stay either the litigation or arbitration, allowing both to run concurrently.

Dated: August 6, 2018

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge