# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>          Debtor. | Chapter 11<br><br>Bankr. Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>          Plaintiff,<br><br>    v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>          Defendants. | Adv. Proc. No. 17-51882 (CSS) |

## STIPULATION EXTENDING DEADLINE TO OPPOSE MOTION TO COMPEL

This stipulation (the "Stipulation") is entered into between plaintiff Paragon Litigation Trust (the "Plaintiff") and defendants Noble Corporation plc, Noble Corporation Holdings Ltd., Noble Corporation, Noble Holding International (Luxembourg) S.á.r.l., Noble Holding International (Luxembourg NHIL) S.á.r.l., Noble FDR Holdings Limited, Michael A. Cawley, Julie H. Edwards, Gordon T. Hall, Jon A. Marshall, James A. MacLennan, Mary P.

Ricciardello, Julie J. Robertson, and David W. Williams (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel.[1]

### RECITALS

WHEREAS, on August 24, 2018, the Paragon Litigation Trust (the "Plaintiff" and collectively with Defendants, the "Parties") filed a Motion for an Order Compelling Defendants to Produce Documents Improperly Withheld on Privilege Grounds (the "Motion to Compel") against Defendants. (A.D.I. 75.)

WHEREAS, the Parties have conferred and stipulated and agreed as follows:

1. Defendants shall have until September 21, 2018 to file and serve their opposition to the Motion to Compel.

2. Plaintiff shall have until October 5, 2018 to file and serve its reply to Defendants' opposition.

3. This relief is without prejudice to the Parties' rights, remedies, and/or defenses, all of which are preserved, including the right to seek further extension of pre-trial deadlines.

[SIGNATURE PAGE FOLLOWS]

---

[1] In submitting this Stipulation Extending Deadline to Oppose Motion to Compel, Defendants do not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: September 7, 2018

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Stephen J. Della Penna* | */s/ Michael S. Neiburg* |
| Anthony W. Clark (No. 2051) <br> Stephen J. Della Penna (No. 6103) <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, DE 19899-0636 <br> Telephone: (302) 651-3000 <br> Fax: (302) 651-3001 | Pauline K. Morgan (No.3650) <br> Joel A. Waite (No. 2925) <br> Jaime Luton Chapman (No. 4936) <br> Michael S. Neiburg (No. 5275) <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 571-6600 <br> Fax: (302) 571-1253 <br> Email: pmorgan@ycst.com <br> mneiburg@ycst.com |
| – and – | – and – |
| George A. Zimmerman (*admitted pro hac vice*) <br> Lauren E. Aguiar (*admitted pro hac vice*) <br> Four Times Square <br> New York, NY 10036 <br> Telephone: (212) 735-3000 <br> Fax: (212) 735-2000 | JONES DAY <br> Bruce Bennett <br> Sidney P. Levinson <br> James O. Johnston <br> 555 South Flower Street, 50th Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 489-3939 <br> Fax: (213) 243-2539 <br> Email: bbennett@jonesday.com <br> slevinson@jonesdy.com <br> jjohnston@jonesday.com |
| – and – | – and – |
| Wallis M. Hampton (*admitted pro hac vice*) <br> 1000 Louisiana Street, Suite 6800 <br> Houston, Texas 77002-5026 <br> Telephone: (713) 655-5116 | Jennifer L. Del Medico <br> Genna L. Ghaul <br> 250 Vesey Street <br> New York, New York 10281 <br> Telephone: (212) 326-3939 <br> Facsimile: (212) 755-7306 <br> Email: jdelmedico@jonesday.com <br> gghaul@jonesday.com |
| *Counsel for Defendants* | *Counsel to Paragon Litigation Trust* |