# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>      Plaintiff,<br><br>  v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>      Defendants. | Adv. Proc. No. 17-51882 (CSS)<br><br><br><br><br><br><br><br><br><br><br><br>Hearing Date: To Be Determined |

**DEFENDANTS' MOTION PURSUANT TO BANKRUPTCY RULE 7016(b) AND 11 U.S.C. § 157(b)(3) FOR AN ORDER DETERMINING THAT THIS COURT MAY ONLY ENTER PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW <u>WITH RESPECT TO COUNTS I THROUGH VIII OF THE COMPLAINT</u>**

Pursuant to Federal Rule of Bankruptcy Procedure 7016(b) and 11 U.S.C. § 157(b), the Defendants, by and through their undersigned counsel, hereby move this Court for entry of an order determining that this Court will submit proposed findings of fact and conclusions of law to the district court on Counts I through VIII of the Complaint. (D.I. 1.) The grounds for this Motion are more fully set forth in the *Memorandum Of Law In Support Of*

*Defendants' Motion Pursuant To Bankruptcy Rule 7016(B) And 11 U.S.C. § 157(B)(3)For An Order Determining That This Court May Only Enter Proposed Findings Of Fact And Conclusions Of Law With Respect To Counts I Through VIII Of The Complaint* filed along with this motion.

Wherefore, the Defendants respectfully requests that the Court enter an order, substantially in the form attached as <u>Exhibit A</u>, and granting such other and further relief as the Court deems just and proper.

### **STATEMENT PURSUANT TO LOCAL RULE 7012-1**

This Court has jurisdiction to consider the motion under 28 U.S.C. §§ 157 and 1334.  Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the Defendants do not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: September 20, 2018
       Wilmington, Delaware

                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                           */s/ Anthony W. Clark*
                           Anthony W. Clark (ID: 2051)
                           Stephen J. Della Penna (ID: 6103)
                           Skadden, Arps, Slate, Meagher & Flom LLP
                           One Rodney Square
                           P.O. Box 636
                           Wilmington, Delaware 19899-0636
                           Telephone: (302) 651-3000
                           Facsimile: (302) 651-3001

                           - and -

                           George A. Zimmerman *(admitted pro hac vice)*
                           Lauren E. Aguiar *(admitted pro hac vice)*
                           Four Times Square
                           New York, New York 10036-6522
                           Telephone: (212) 735-3000
                           Facsimile: (212) 735-2000

                           -and-

                           Wallis M. Hampton *(admitted pro hac vice)*
                           1000 Louisiana, Suite 6800
                           Houston, Texas 77002-5026
                           Telephone: (713) 655-5116
                           Facsimile: (713) 483-9116