# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>    Debtor. | Chapter 11<br><br>Bankr. Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>    Defendants. | Adv. Proc. No. 17-51882 (CSS) |

**STIPULATION EXTENDING**
**DEADLINE TO OPPOSE MOTION TO DETERMINE**

This stipulation (the "Stipulation") is entered into between plaintiff Paragon Litigation Trust (the "Plaintiff") and defendants Noble Corporation plc, Noble Corporation Holdings Ltd., Noble Corporation, Noble Holding International (Luxembourg) S.á.r.l., Noble Holding International (Luxembourg NHIL) S.á.r.l., Noble FDR Holdings Limited, Michael A. Cawley, Julie H. Edwards, Gordon T. Hall, Jon A. Marshall, James A. MacLennan, Mary P.

Ricciardello, Julie J. Robertson, and David W. Williams (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel.[1]

### RECITALS

WHEREAS, on September 20, 2018, Defendants filed Defendants' Motion Pursuant to Bankruptcy Rule 7016(b) and 11 U.S.C. § 157(b)(3) for an Order Determining that this Court May Only Enter Proposed Findings of Fact and Conclusions of Law with Respect to Counts I Through VIII of the Complaint (the "Motion to Determine").  (A.D.I. 94.)

WHEREAS, the Parties have conferred and stipulated and agreed as follows:

1. Plaintiff shall have until October 26, 2018 to file and serve its opposition to the Motion to Determine.

2. Defendants shall have until November 9, 2018 to file and serve their reply to Plaintiff's opposition.

3. This relief is without prejudice to the Parties' rights, remedies, and/or defenses, all of which are preserved, including the right to seek further extension of pre-trial deadlines.

[SIGNATURE PAGE FOLLOWS]

---

[1] In submitting this Stipulation Extending Deadline to Oppose Motion to Determine, Defendants do not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

01:23666342.1

Dated: September 24, 2018

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Stephen J. Della Penna<br>Anthony W. Clark (No. 2051)<br>Stephen J. Della Penna (No. 6103)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>Telephone: (302) 651-3000<br>Fax: (302) 651-3001<br><br>– and –<br><br>George A. Zimmerman (*admitted pro hac vice*)<br>Lauren E. Aguiar (*admitted pro hac vice*)<br>Four Times Square<br>New York, NY 10036<br>Telephone: (212) 735-3000<br>Fax: (212) 735-2000<br><br>– and –<br><br>Wallis M. Hampton (*admitted pro hac vice*)<br>1000 Louisiana Street, Suite 6800<br>Houston, Texas 77002-5026<br>Telephone: (713) 655-5116<br><br>*Counsel for Defendants* | /s/ Michael S. Neiburg<br>Pauline K. Morgan (No.3650)<br>Joel A. Waite (No. 2925)<br>Jaime Luton Chapman (No. 4936)<br>Michael S. Neiburg (No. 5275)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Fax: (302) 571-1253<br>Email: pmorgan@ycst.com<br>mneiburg@ycst.com<br><br>– and –<br><br>JONES DAY<br>Bruce Bennett<br>Sidney P. Levinson<br>James O. Johnston<br>555 South Flower Street, 50th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 489-3939<br>Fax: (213) 243-2539<br>Email: bbennett@jonesday.com<br>slevinson@jonesdy.com<br>jjohnston@jonesday.com<br><br>– and –<br><br>Jennifer L. Del Medico<br>Genna L. Ghaul<br>250 Vesey Street<br>New York, New York 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: jdelmedico@jonesday.com<br>gghaul@jonesday.com<br><br>*Counsel to Paragon Litigation Trust* |