# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>                  Plaintiff,<br><br>   v.<br><br>NOBLE CORPORATION PLC,<br>NOBLE CORPORATION HOLDINGS LTD,<br>NOBLE CORPORATION, NOBLE<br>HOLDING INTERNATIONAL<br>(LUXEMBOURG) S.à r.l.,<br>NOBLE HOLDING INTERNATIONAL<br>(LUXEMBOURG NHIL) S.à r.l.,<br>NOBLE FDR HOLDINGS LIMITED,<br>MICHAEL A. CAWLEY, JULIE H.<br>EDWARDS, GORDON T. HALL, JON A.<br>MARSHALL, JAMES A. MACLENNAN,<br>MARY P. RICCIARDELLO,<br>JULIE J. ROBERTSON, and DAVID<br>WILLIAMS,<br><br>                  Defendants. | Adv. Proc. No. 17-51882<br>(CSS) |

## NOTICE OF SERVICE

      Pursuant to Local Bankruptcy Rule 7026-2, Plaintiff Paragon Litigation Trust provides notice that it has served the *Paragon Litigation Trust's First Set of Interrogatories Directed to the Noble Corporate Defendants* upon Lauren E. Aguiar and Wallis M. Hampton, counsel for the Defendants, as listed below. Service was made on October 11, 2018 by email, consistent with paragraph 12 of the Scheduling Order. [Adv. D.I. 56].

| | |
|---|---|
| Lauren E. Aguiar, Esq.<br>(lauren.aguiar@skadden.com)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>(Noble Corporation plc, et al.) | Wallis M. Hampton, Esq.<br>(wallis.hampton@skadden.com)<br>Skadden, Arps, Slate, Meagher, & Flom LLP<br>1000 Louisiana Street, Suite 6800<br>Houston, TX 77002<br>(Noble Corporation plc, et al.) |

Dated: October 11, 2018

JONES DAY

*/s/ David S. Torborg*
Gregory M. Shumaker
David S. Torborg
51 Louisiana Ave., N.W.
Washington, DC 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email:  gshumaker@jonesday.com
        dstorborg@jonesday.com

- and -

Bruce Bennett
James O. Johnston
555 South Flower Street, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539
Email:  bbennett@jonesday.com
        jjohnston@jonesday.com

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
Joel A. Waite (No. 2925)
Jaime Luton Chapman (No. 4936)
Michael S. Neiburg (No. 5275)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  pmorgan@ycst.com
        mneiburg@ycst.com

*Counsel to Paragon Litigation Trust*

01:23727220.1