## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PARAGON OFFSHORE PLC, | Bankr. Case No. 16-10386 (CSS) |
| Debtor. | |
| PARAGON LITIGATION TRUST, | |
| Plaintiff, | |
| v. | |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS, | Adv. Proc. No. 17-51882 (CSS) |
| Defendants. | |

**DECLARATION OF STEPHEN J. DELLA PENNA IN SUPPORT OF DEFENDANTS'
REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION
PURSUANT TO BANKRUPTCY RULE 7016(b) AND 11 U.S.C. § 157(b)(3)
FOR AN ORDER DETERMINING THAT THIS COURT MAY ONLY
ENTER PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
WITH RESPECT TO COUNTS I THROUGH VIII OF THE COMPLAINT**

I, Stephen J. Della Penna, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746,

that the following is true and correct to the best of my knowledge:

      1.      I am a member of the bars of the Delaware Supreme Court and United States

District Court for the District of Delaware and an associate at the law firm of Skadden, Arps,

Slate, Meagher & Flom LLP ("Skadden Arps") with an office located at One Rodney Square, Wilmington, Delaware 19899-0636.  Skadden Arps is counsel to the Defendants in the above-captioned matter.

2.    I respectfully submit this Declaration in support of Defendants' Reply in Further Support of Defendants' Motion Pursuant to Bankruptcy Rule 7016(b) and 11 U.S.C. § 157(b)(3) for an Order Determining That This Court May Only Enter Proposed Findings of Fact and Conclusions of Law with Respect to Counts I Through VIII of the Complaint and to submit a true and correct copy of the exhibit attached hereto.

3.    Attached hereto as Exhibit A is a true and correct copy of the following document:

| Exhibit | Description |
|---------|-------------|
| A. | April 21, 2017 letter from David W. Williams, Chairman, President and CEO of Noble Corporation plc to Paragon Offshore plc, Attention: Todd D. Strickler Re: Definitive Settlement Agreement |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

    Dated: Wilmington, Delaware
        November 9, 2018

                    */s/ Stephen J. Della Penna*
                    Stephen J. Della Penna

## **EXHIBIT A**



# NOBLE CORPORATION PLC

DEVONSHIRE HOUSE • 1 MAYFAIR PLACE
LONDON • W1J 8AJ • ENGLAND • + 44 20 3300 2300

April 21, 2017

Paragon Offshore plc
c/o Paragon Offshore Services LLC
3151 Briarpark Drive
Houston, Texas 77042

Attention: Todd D. Strickler

    Re: <u>Definitive Settlement Agreement</u>

Dear Todd:

    Reference is made to the Definitive Settlement Agreement, dated as of April 29, 2016 (the "Settlement Agreement"), by and between Paragon Offshore plc ("Paragon") and Noble Corporation plc ("Noble"). Capitalized terms which are not otherwise defined herein shall have the meanings set forth in the Settlement Agreement.

    On April 21, 2017, Paragon filed a plan of reorganization in the Paragon Cases that does not incorporate the terms and conditions of the Settlement Agreement. Accordingly, pursuant to Section 8.1(b) of the Settlement Agreement, Noble hereby terminates the Settlement Agreement. This termination is without prejudice to Noble's rights and Paragon's obligations under the Separation Agreements.

    Sincerely,

By: _____
Name: David W. Williams
Title: Chairmen, President & CEO

cc:    Weil, Gotshal & Manges, LLP
       767 Fifth Avenue
       New York, New York 10153
       Attention: Gary T. Holtzer