## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>*Debtor.* | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>*Defendants.* | Adv. Pro. No. 17-51882 (CSS) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE         )
                                              )SS:
COUNTY OF NEW CASTLE )

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Paragon Litigation Trust in the above-captioned actions.

On November 12, 2018, I caused a copy of the following to be served by the method set forth on the service list, attached hereto as **Exhibit A**:

- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding) Issued to: Barclays Capital, Inc.

On November 12, 2018, I caused a copy of the following to be served by the method set forth on the service list, attached hereto as **Exhibit B**:

- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding) Issued to: Barclays Bank PLC

On November 12, 2018, I caused a copy of the following to be served by the method set forth on the service list, attached hereto as **Exhibit C**:

- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding) Issued to: Castle Harlan, Inc.

On November 15, 2018, I caused a copy of the following to be served by the method set forth on the service list, attached hereto as **Exhibit D**:

- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding) Issued to: McKinsey & Company, Inc.

_____
Elizabeth C. Thomas

Sworn to and subscribed before
me this 15 day of November, 2018.

_____
Notary Public
My Commission Expires: 4/12/20

[Notary Seal: CHERYL A. KNOTTS, EXPIRES APRIL 12, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

# **EXHIBIT A**

Paragon Subpoena Service List
Doc #221886
Subpoena on Barclays Capital
01-First Class Mail

Via First Class Mail
Barclays Capital Inc.
Attn: General Counsel
745 Seventh Avenue
New York, NY 10019

# **EXHIBIT B**

Paragon Subpoena Service List
Doc #221886
Subpoena on Barclay's Bank
01-First Class Mail

Via First Class Mail
Barclays Bank PLC
Attn: General Counsel
27-01 Queens Plaza North
11th Floor
Long Island City, NY 11101

# **EXHIBIT C**

Paragon Subpoena Service List
Doc #221886
Subpoena on Castle Harlan
01-First Class Mail

Via First Class Mail
Castle Harlan, Inc.
Attn: General Counsel
150 East 58th Street
New York NY 10155

# **EXHIBIT D**

Paragon Subpoena Service List
Doc #221886
Subpoena on McKinsey & Company
01-First Class Mail

Via First Class Mail
McKinsey & Company, Inc.
Attn: Kevin Sneader, Chief Executive Officer
711 Third Avenue
4th Floor
New York, New York, 10017