## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>*Debtor.* | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>*Defendants.* | Adv. Pro. No. 17-51882 (CSS)<br><br><br>**Ref. Adv. Docket Nos. 94, 103, 114 and 168** |

**ORDER DENYING DEFENDANTS' MOTION PURSUANT TO BANKRUPTCY RULE 7016(b) AND 11 U.S.C. § 157(b)(3) FOR AN ORDER DETERMINING THAT THIS COURT MAY ONLY ENTER PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH RESPECT TO COUNTS I THROUGH VIII OF THE COMPLAINT**

Upon consideration of the *Defendants' Motion Pursuant To Bankruptcy Rule 7016(B) And 11 U.S.C. § 157(B)(3) For An Order Determining That This Court May Only Enter Proposed Findings Of Fact And Conclusions Of Law With Respect To Counts I Through VIII Of The Complaint* [Docket No. 94] (the "Motion to Determine"), the above-captioned Plaintiff's objection to the Motion to Determine [Docket No. 103], and the Defendants' reply in further support of the Motion to Determine [Docket No. 114], each filed in the above-captioned

adversary proceeding with respect to the complaint filed by the Paragon Litigation Trust [Docket No. 1] (the "Complaint"); and upon the representations made by the parties at oral argument; and upon the Court's findings and determinations provided in its opinion dated March 11, 2019 [Docket No. 168]; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.    The Motion to Determine is DENIED IN PART.

2.    The Court finds that Counts I through V of the Complaint are statutorily core claims which may be finally adjudicated by this Court.

3.    The Court finds that Counts VI through VIII of the Complaint are non-core claims pursuant to 28 U.S.C. §157(b)(2) and, therefore, the Court will only issue proposed findings of fact and conclusions of law with respect to Counts VI through VIII of the Complaint.

2

**Dated: March 19th, 2019**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

847436.02-WILSR01A

MSW - Draft March 14, 2019 - 2:19 PM