IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>*Debtor.* | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>*Defendants.* | Adv. Pro. No. 17-51882 (CSS)<br><br>Ref. Adv. Docket Nos. 56, 166, and 170 |

**ORDER GRANTING PLAINTIFF'S REQUEST TO AMEND CERTAIN DEADLINES IN THE MAY 8, 2018 SCHEDULING ORDER**

Upon consideration of Plaintiff's February 26, 2019 letter requesting amendments to certain deadlines in the *May 8, 2018 Scheduling Order* [Docket No. 166] (the "Request to Amend the Scheduling Order") and the above-captioned Defendants' March 13, 2019 letter [Docket No. 170]; and upon the representations made by the parties during the March 20, 2019 scheduling conference; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.    The Request to Amend the Scheduling Order is GRANTED.

2. The deadlines in the *May 8, 2018 Scheduling Order* [Docket No. 56] are amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Cut Off (¶ 4(a)) | April 3, 2019 | October 3, 2019 |
| Amended Pleadings (¶ 6) | May 13, 2019 | November 13, 2019 |
| Plaintiff's Expert Reports (¶ 8(a)) | May 16, 2019 | November 25, 2019 |
| Defendants' Expert Reports (¶ 8(b)) | July 2, 2019 | January 16, 2020 |
| Plaintiff's Rebuttal Reports (¶ 8(c)) | August 6, 2019 | February 20, 2020 |
| Expert Discovery Cut Off (¶ 8(d)) | September 5, 2019 | March 17, 2020 |
| Dispositive and *Daubert* Motions (¶ 9) | October 4, 2019 | April 20, 2020 |
| Dispositive and *Daubert* Motion Responses (¶ 9) | October 25, 2019 | May 11, 2020 |
| Dispositive and *Daubert* Motion Replies (¶ 9) | November 8, 2019 | May 26, 2020 |

3. Other the deadlines in the *May 8, 2018 Scheduling Order* changed herein, the terms of the original scheduling order remain unchanged by this amended order.

3/26/19

*[signature]*

2