# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PARAGON OFFSHORE PLC, | Bankr. Case No. 16-10386 (CSS) |
| Debtor. | |
| PARAGON LITIGATION TRUST, | |
| Plaintiff, | |
| v. | |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS, | Adv. Proc. No. 17-51882 (CSS) |
| Defendants. | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, the undersigned counsel for Defendants in the above-captioned adversary case hereby certifies as follows:

I am not less than 18 years of age, and on May 28, 2019, I caused a copy of the following document to be served upon the parties listed on Exhibit 1 attached hereto by electronic mail, consistent with paragraph 12 of the Scheduling Order [Adv. Dkt No. 56].

- Responses and Objections of Noble Corporation plc to the Paragon Litigation Trust's First Set of Requests for the Production of Documents

Dated: Wilmington, Delaware
May 28, 2019

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Stephen J. Della Penna*
Anthony W. Clark (I.D. No. 2051)
Stephen J. Della Penna (I.D. No. 6103)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

– and –

George A. Zimmerman (*admitted pro hac vice*)
Lauren E. Aguiar (*admitted pro hac vice*)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Wallis M. Hampton (*admitted pro hac vice*)
1000 Louisiana Street, Suite 6800
Houston, Texas 77002-5026
Telephone: (713) 655-5116

*Counsel for Defendants*

3

## **EXHIBIT 1**

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

David J. Zott, P.C., Esq.
Jeffrey J. Zeiger, P.C., Esq.
William E. Arnault, Esq.
Anne I. Salomon, Esq.
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654