## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PARAGON OFFSHORE PLC, <br><br> *Debtor*. | Chapter 11 <br><br> Bankr. Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST, <br><br> *Plaintiff*, <br><br> v. <br><br> NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS, <br><br> *Defendants*. | Adv. Pro. No. 17-51882 (CSS) |

### NOTICE OF DEPOSITION

Please take notice that, pursuant to Federal Rule of Civil Procedure 30, made applicable to this proceeding by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, and Local Rules 7026-1 and 7026-2, the Paragon Litigation Trust (the "Trust") will take the deposition upon oral examination of Julie Robertson before a Notary Public or other officer authorized to administer oaths, at the offices of Kirkland & Ellis LLP, 609 Main Street, Houston, Texas 77002 or such other mutually agreed-upon location. The deposition will commence at 9:00 a.m. CST on August 7, 2019, and will continue from day to day until completed.

The deposition will be recorded by stenographic means and by videotape.

1

Dated: June 27, 2019                                   KIRKLAND & ELLIS LLP

*/s/ William E. Arnault*
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
       jzeiger@kirkland.com
       warnault@kirkland.com
       anne.salomon@kirkland.com

*Co-Counsel for Plaintiff Paragon Litigation Trust*