# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>        *Debtor*. | Chapter 11<br><br>Bankr. Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>        *Plaintiff*,<br><br>  v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>        *Defendants*. | Adv. Pro. No. 17-51882 (CSS) |

## **NOTICE OF DEPOSITION**

Please take notice that, pursuant to Federal Rule of Civil Procedure 30, made applicable to this proceeding by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, and Local Rules 7026-1 and 7026-2, the Paragon Litigation Trust (the "Trust") will take the deposition upon oral examination of James MacLennan before a Notary Public or other officer authorized to administer oaths, at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 40 Bank Street, Canary Wharf, London, E14 5DS or such other mutually agreed-upon location. The deposition will commence at 9:00 a.m. BST on July 25, 2019, and will continue from day to day until completed.

The deposition will be recorded by stenographic means and by videotape.

1

| | |
|---|---|
| Dated:  June 27, 2019 | KIRKLAND & ELLIS LLP |
| | |
| | */s/ William E. Arnault* |
| | David J. Zott, P.C. (admitted *pro hac vice*) |
| | Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*) |
| | William E. Arnault (admitted *pro hac vice*) |
| | Anne I. Salomon (admitted *pro hac vice*) |
| | 300 N. LaSalle Street |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: dzott@kirkland.com |
| |        jzeiger@kirkland.com |
| |        warnault@kirkland.com |
| |        anne.salomon@kirkland.com |
| | |
| | *Co-Counsel for Plaintiff Paragon Litigation Trust* |