# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>        Debtor. | Chapter 11<br><br>Bankr. Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>        Plaintiff,<br><br>   v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>        Defendants. | Adv. Proc. No. 17-51882 (CSS) |

## NOTICE OF TELEPHONIC HEARING

PLEASE TAKE NOTICE that a telephonic hearing will be held on **July 2, 2019 at 2:00 p.m. (Eastern)** (the "Telephonic Hearing").

PLEASE TAKE FURTHER NOTICE the Telephonic Hearing will be by teleconference only. There shall be no in-person appearances. Parties wishing to participate in the Telephonic Status Conference must contact the Court's conference call provider, CourtCall, by phone (866-582-6878) or by facsimile (866-533-2946) in order to schedule a telephonic appearance.

Dated: Wilmington, Delaware
July 2, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Stephen J. Della Penna*
Anthony W. Clark (I.D. No. 2051)
Stephen J. Della Penna (I.D. No. 6103)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

– and –

George A. Zimmerman (*admitted pro hac vice*)
Lauren E. Aguiar (*admitted pro hac vice*)
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000

– and –

Wallis M. Hampton (*admitted pro hac vice*)
1000 Louisiana Street, Suite 6800
Houston, Texas 77002-5026
Telephone: (713) 655-5116

*Counsel for Defendants*

853611-WILSR01A - MSW