# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi

**Calendar Date:** 07/02/2019
**Calendar Time:** 02:00 PM ET

#6

1st Revision  Jul 2 2019  9:29AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9893611 | Lauren Aguiar | (212) 735-3000 ext. | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Noble Corporation PLC / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9893649 | William E. Arnault | (312) 862-2000 ext. | Kirkland & Ellis LLP | Plaintiff(s), Paragon Litigation Trust / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9895386 | Timothy P. Cairns | (302) 778-6443 ext. | Pachulski Stang Ziehl & Jones | Representing, Paragon Litigation Trust / LIVE |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9893593 | Anthony W. Clark | (302) 651-3080 ext. | Skadden, Arps, Slate, Meagher & Flom, LLP | Defendant(s), Noble Corporation PLC, et al / LIVE |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9895441 | David S. Greenberg | (212) 514-4705 ext. | Susquehanna International Group, LLP | Interested Party, Susquehanna International Group, LLP / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9895432 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9893630 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Plaintiff(s), Paragon Litigation Trust / LIVE |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9895494 | Steven C. Krause | (212) 688-2550 ext. | Owl Creek Asset Management LP | Interested Party, Steven C. Krause / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9893637 | Anne Salomon | (312) 862-2000 ext. | Kirkland & Ellis LLP | Plaintiff(s), Paragon Litigation Trust / LIVE |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9893619 | Abigail Sheehan | (212) 735-3579 ext. | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Noble Corporation plc et al / LISTEN ONLY |
| | | Paragon Offshore plc | 16-10386 (17-5188 2) | Hearing | 9893606 | George Zimmerman | (212) 735-3000 ext. | Skadden Arps Slate Meagher & Flom (New York) | Defendant(s), Noble Corporation PLC, et al / LIVE |