# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE



**CHRISTOPHER S. SONTCHI**
**CHIEF JUDGE**

**824 N. MARKET STREET**
**WILMINGTON, DELAWARE**
**(302) 252-2888**

July 3, 2019

<u>**VIA CM/ECF**</u>

Anthony W. Clark
George Zimmerman
Skadden, Arps, Slate,
Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Anne I. Salomon
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Timothy P. Cairns
Laura D. Jones
Pachulski, Stang, Ziehl
& Jones, LLP
919 N. Market Street
17th Floor
Wilmington, DE  19801

RE:    Paragon Litigation Trust v. Noble Corporation PLC, et al.
   <u>Adv. Proc. No.: 17-51882(CSS)</u>

Dear Counsel:

   I am writing with regard to the teleconference on July 2, 2019, and defendants' follow up letter regarding whether defendants have waived attorney client privilege for approximately 700 documents that were shared with third parties. At yesterday's teleconference, the Court issued an oral ruling, finding that the evidence submitted by defendants at the request of the Court was insufficient to establish an exception to the waiver of attorney client privilege.  The Court noted that the three page declaration that was submitted was vague, short and lacking in any specificity.

July 3, 2019
Page Two

Defendants have written to the Court requesting an opportunity to file a more detailed declaration and to submit further legal argument.  The Court will not allow any further submissions and reiterates its ruling that the documents are to be produced with reasonable dispatch.  This issue has been kicking around for months and defendants were given a fair opportunity to make their case.  While the waiver of privilege is a serious issue, further delay in a resolution will prejudice plaintiff's preparation for trial and could unduly delay trial.  The issue has been fully vetted and all parties have had a fair opportunity to be heard.  It is time to move on.

Sincerely,

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge

CSS/cas