# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>              *Debtor*. | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>              *Plaintiff*,<br><br>              v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>            *Defendants*. | Adv. Pro. No. 17-51882 (CSS) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS SCHEDULED FOR JULY 16, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME)[1]**

**Hearing Held before the Honorable Christopher S. Sontchi, Chief U.S. Bankruptcy Judge, at the U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801**

**UNCONTESTED MATTER UNDER COC:**

1. The Paragon Litigation Trust's Motion Seeking Entry of a Final Order (I) Authorizing the Paragon Litigation Trust to Obtain Additional Financing and (II) Granting Related Relief [Filed 6/25/19] (Main Case Docket No. 2184; Adv. 17-51882, Adv. Docket No. 199)

    Response Deadline: July 9, 2019 at 4:00 p.m. (ET)

---

[1] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Responses Received:

    A. Limited Objection of Michael R. Hammersley to the Trust's Financing Motion [Filed 7/9/19] (Main Case Docket No. 2188)

Related Pleadings:

    A. Declaration of Tim Daileader in Support of the Paragon Litigation Trust's Motion Seeking Entry of a Final Order (I) Authorizing the Paragon Litigation Trust to Obtain Additional Financing and (II) Granting Related Relief [Filed 6/25/19] (Main Case Docket No. 2185; Adv. 17-51882, Adv. Docket No. 200)

    B. Certification of Counsel Requesting Entry of Revised Order Granting The Paragon Litigation Trust's Motion Seeking Entry of a Final Order (I) Authorizing the Paragon Litigation Trust to Obtain Additional Financing and (II) Granting Related Relief [Filed 7/11/19] (Main Case Docket No. 2189; Adv. 17-51882, Adv. Docket No. 213)

Status: A revised form of order which resolves the concerns raised by Mr. Hammersley's limited objection has been submitted under certification of counsel. Counsel respectfully requests entry of the revised order at the convenience of the Court. No hearing is necessary unless the Court has questions.

Dated: July 12, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com

– and –

KIRKLAND & ELLIS LLP
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
jzeiger@kirkland.com
warnault@kirkland.com
anne.salomon@kirkland.com

*Co-Counsel for Paragon Litigation Trust*