# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>        Plaintiff,<br><br>  v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>        Defendants. | Adv. Proc. No. 17-51882 (CSS)<br><br><br><br><br><br>**Related Docket Nos. 188, 189, 196, 197, 198, 222** |

## ORDER COMPELLING DEFENDANTS TO PRODUCE
## DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED

Upon consideration of Plaintiff's letter motion to compel Defendants to produce certain documents withheld as privileged (the "Disputed Documents") (D.I. 188) (the "Letter Motion"), the Defendants' letter in opposition to the Letter Motion (D.I. 189), the *Declaration of William E. Turcotte* in support of the Defendants' opposition (D.I. 196) (the "Turcotte Declaration"), the Plaintiff's letter in response to the Turcotte Declaration and in further support of the Letter Motion (D.I. 197), and the Defendant's reply thereto (D.I. 198), each filed in the

above-captioned adversary proceeding with respect to the complaint filed by the Paragon Litigation Trust (D.I. 1); and upon the representations and arguments made by the parties at the telephonic hearing held by the Court on May 16, 2019 (D.I. 192); and upon the Court's ruling at the telephonic hearing on July 2, 2019 (D.I. 210); and the Court finding that it has jurisdiction over the Letter Motion pursuant to 28 U.S.C. §§ 157 and 1334; that due and sufficient notice of the Letter Motion has been given under the circumstances and upon determination that the legal and factual bases set forth in the Letter Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Letter Motion is GRANTED to the extent set forth herein.

2. The Court finds that Defendants have waived any and all claim to attorney-client privilege with respect to the Disputed Documents.

3. Defendants shall produce the Disputed Documents with reasonable dispatch.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: July 22nd, 2019
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**