IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PARAGON OFFSHORE PLC, et al., | : | Case No.: 16-10386 (CSS) |
| | : | |
| Debtors. | : | |
| PARAGON LITIGATION TRUST | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No.: 17-51882(CSS) |
| | : | |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.A.R.I., NOBLE FDR HOLDINGS LIMITED, ASHLEY ALMANZA, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

The Court hereby orders counsel to the Paragon Litigation Trust to submit a Status Report regarding the status of all pending appeals, inclusive of all interlocutory appeals, in the above captioned bankruptcy case and the above-captioned adversary action by

2

**July 29, 2019.** Counsel to the Paragon Litigation Trust should docket the Status Report and also provide a copy to Chambers.

Dated: July 22, 2019

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge