# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>*Debtor*. | Chapter 11<br><br>Bankr. Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>*Defendants*. | Adv. Pro. No. 17-51882 (CSS) |

### STATUS REPORT OF PLAINTIFF PARAGON LITIGATION TRUST REGARDING ALL PENDING APPEALS FOR BANKRUPTCY CASE NO. 16-10386 (CSS) AND ADVERSARY PROCEEDING NO. 17-51882 (CSS)

On July 22, 2019, the Court entered an order requiring "counsel to the Paragon Litigation Trust to submit a Status Report regarding the status of all pending appeals, inclusive of all interlocutory appeals, in the above-captioned bankruptcy case and the above-captioned adversary action." [Dkt. No. 2193] As described in more detail below, there is one pending appeal in the above-captioned adversary action and one pending appeal in the above-captioned bankruptcy case.

With respect to the adversary action, on April 3, 2019, Defendants filed a *Motion for Leave*

1

*to Appeal*, on an interlocutory basis, the Court's March 19, 2019 Order and Opinion [Adv. Docket Nos. 168, 172] denying, in part, *Defendants' Motion Pursuant to Bankruptcy Rule 7016(b) and 11 U.S.C. § 157(b)(3) for an Order Determining that the Bankruptcy Court May Only Enter Proposed Findings of Fact and Conclusions of Law with Respect to Counts I Through VIII of the Complaint* (the "Stern Order"). [Case No. 1:19-mc-00078-LPS, Dkt. No. 1] On April 16, 2019, the Trust filed an opposition to Defendants' motion for leave to appeal. [Case No. 1:19-mc-00078-LPS, Dkt. No. 2] Defendants' motion for leave to file an interlocutory appeal of the Stern Order remains pending.

With respect to the bankruptcy case, Michael Hammersley ("Hammersley"), a shareholder of Paragon Offshore plc ("Paragon"), filed the *Motion of Michael R. Hammersley to Revoke the Order (I) Authorizing Modification of the Debtors' Fifth Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Pursuant to Section 1127(b) of the Bankruptcy Code and (II) Determining that Further Disclosure and Resolicitation of Votes are Not Required Pursuant to Section 1127(c) of the Bankruptcy Code* (the "Motion") on December 4, 2017. [Case No. 16-10386 (CSS), Dkt. No. 2000] The Bankruptcy Court entered an order denying the Motion on January 11, 2018. [Case No. 16-10386 (CSS), Dkt. No. 2047] Hammersley appealed the denial of his Motion to the District Court on January 25, 2018 (the "Appeal"). [Civ. No. 18-157-LPS, Dkt. No. 1] Paragon filed a motion to dismiss Hammersley's Appeal for lack of standing and equitable mootness. [Civ. No. 18-157-LPS, Dkt. No. 18] On March 12, 2019, the District Court granted Paragon's motion to dismiss, finding that Hammersley lacked standing and that his Appeal was equitably moot (the "Order"). [Civ. No. 18-157-LPS, Dkt. No. 42] On March 21, 2019, Hammersley appealed the Order to the Third Circuit (the "Renewed Appeal"). [Civ. No. 18-157-LPS, Dkt. No. 44] On April 5, 2019, Hammersley filed *Appellant's Motion to Reconsider*

(the "Reconsideration Motion") with the District Court, regarding the District Court's Order. [Civ. No. 18-157-LPS, Dkt. No. 46] On April 8, 2019, Hammersley filed *Appellant's Motion for Leave to File Past the Deadline Contained in Federal Rule of Bankruptcy Procedure 8022* (the "Extension Motion"). [Civ. No. 18-157-LPS, Dkt. No. 47] Paragon filed *Appellee's Response to Appellant's Motion for Leave to File Past the Deadline Contained in Federal Rule of Bankruptcy Procedure 8022* in opposition to Hammersley's Extension Motion, and requested that the District Court deny the Extension Motion and the Reconsideration Motion, citing a jurisdictional defect and lack of excusable neglect. [Civ. No. 18-157-LPS, Dkt. No. 48] On April 10, 2019, the Third Circuit vacated the briefing schedule that it had set to consider Hammersley's Renewed Appeal and stayed the Renewed Appeal pending the disposition of Hammersley's Reconsideration Motion before the District Court. [Case No. 19-1627, Dkt. No. 003113208569] The Reconsideration Motion and the Extension Motion remain pending before the District Court, and the Renewed Appeal remains stayed before the Third Circuit.

Dated: July 29, 2019                                                Respectfully Submitted,

                                                                    PACHULSKI STANG ZIEHL & JONES LLP

                                                                    */s/ Timothy P. Cairns*
                                                                    Laura Davis Jones (DE Bar No. 2436)
                                                                    Timothy P. Cairns (DE Bar No. 4228)
                                                                    919 N. Market Street, 17th Floor
                                                                    P.O. Box 8705
                                                                    Wilmington, DE 19899-8705 (Courier 19801)
                                                                    Telephone: (302) 652-4100
                                                                    Facsimile: (302) 652-4400
                                                                    Email: ljones@pszjlaw.com
                                                                              tcairns@pszjlaw.com

                                                                    – and –

3

KIRKLAND & ELLIS LLP

David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
      jzeiger@kirkland.com
      warnault@kirkland.com
      anne.salomon@kirkland.com

*Co-Counsel for Plaintiff Paragon Litigation Trust*