# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PARAGON OFFSHORE PLC, <br><br> *Debtor*. | Chapter 11 <br><br> Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST, <br><br> *Plaintiff*, <br><br> v. <br><br> NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS, <br><br> *Defendants*. | Adv. Pro. No. 17-51882 (CSS) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on August 21, 2019, the Paragon Litigation Trust served the following upon the parties listed below in the manner indicated:

- The Paragon Litigation Trust's Supplemental Responses and Objections to Noble Corporation PLC's First Set of Interrogatories

| | |
|---|---|
| ***VIA ELECTRONIC MAIL***<br>Counsel to Defendants<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Stephen J. Della Penna<br>One Rodney Square<br>Wilmington, DE 19801 | ***VIA ELECTRONIC MAIL***<br>Counsel to Defendants<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>George A. Zimmerman<br>Lauren E. Aguiar<br>Abigail Sheehan Davis<br>Four Times Square<br>New York, New York 10036 |
| ***VIA ELECTRONIC MAIL***<br>Counsel to Defendants<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Wallis M. Hampton<br>1000 Louisiana Street, Suite 6800<br>Houston, Texas 77002-5026 | |

Dated:  August 22, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email: ljones@pszjlaw.com
          tcairns@pszjlaw.com

and

KIRKLAND & ELLIS LLP
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
          jzeiger@kirkland.com
          warnault@kirkland.com
          anne.salomon@kirkland.com

*Co-Counsel for Paragon Litigation Trust*