# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>*Debtor.* | Chapter 11<br><br>Bankr. Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD., NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>*Defendants.* | Adv. Pro. No. 17-51882 (CSS) |

## NOTICE OF RULE 30(b)(6) DEPOSITION OF NOBLE CORPORATION PLC

Pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable to this proceeding by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, and Local Rules 7026-1 and 7026-2, the Paragon Litigation Trust (the "Trust") will take the deposition upon oral examination of the Rule 30(b)(6) designee(s) of Noble Corporation PLC ("Noble"), before a Notary Public or other officer authorized to administer oaths, at the offices of Kirkland & Ellis LLP, 609 Main Street Houston, Texas 77002, or at another mutually-agreed location. The deposition will commence at 9:00 a.m. on September 30, 2019, or on a mutually agreed-upon date, and will continue from day to day until completed.

Pursuant to Rule 30(b)(6), Noble is required to designate one or more knowledgeable persons to testify on its behalf with respect to the matters set forth in Schedule A, and the person(s) so designated shall be required to testify as to those matters known or reasonably available to Noble. For each person designated, Noble shall advise counsel for the Trust of the identity of that person, provide a copy of that person's curriculum vitae, and identify the topic(s) on which that person shall testify at least five business days before the deposition. To the extent such person(s) will rely on documents or information not yet produced in this litigation, Noble is further requested to produce those documents or that information as soon as it is available, and no less than five business days before the deposition.

Dated: August 30, 2019

Respectfully Submitted,

PACHULSKI STANG ZIEHL & JONES LLP

/s/ William E. Arnault
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         tcairns@pszjlaw.com

– and –

KIRKLAND & ELLIS LLP
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
         jzeiger@kirkland.com
         warnault@kirkland.com
         anne.salomon@kirkland.com

*Co-Counsel for Plaintiff Paragon Litigation Trust*