## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PARAGON OFFSHORE PLC, | Case No. 16-10386 (CSS) |
| *Debtor*. | |
| PARAGON LITIGATION TRUST, | |
| *Plaintiff*, | |
| v. | Adv. Pro. No. 17-51882 (CSS) |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS, | |
| *Defendants*. | |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on August 30, 2019, the Paragon Litigation Trust

served the following upon the parties listed below in the manner indicated:

- *The Paragon Litigation Trust's First Set of Requests for Admission Directed to the Noble Corporation Defendants*

| *VIA ELECTRONIC MAIL* | *VIA ELECTRONIC MAIL & HAND DELIVERY* |
|---|---|
| Counsel to Defendants | Counsel to Defendants |
| Skadden, Arps, Slate, Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| Stephen J. Della Penna | George A. Zimmerman |
| One Rodney Square | Lauren E. Aguiar |
| Wilmington, DE 19801 | Abigail Sheehan Davis |
| | Four Times Square |
| | New York, New York 10036 |

*VIA ELECTRONIC MAIL*
Counsel to Defendants
Skadden, Arps, Slate, Meagher & Flom LLP
Wallis M. Hampton
1000 Louisiana Street, Suite 6800
Houston, Texas 77002-5026

Dated:  September 3, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:      (302) 652-4100
Facsimile:      (302) 652-4400
Email: ljones@pszjlaw.com
            tcairns@pszjlaw.com

and

KIRKLAND & ELLIS LLP
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
            jzeiger@kirkland.com
            warnault@kirkland.com
            anne.salomon@kirkland.com

*Co-Counsel for Paragon Litigation Trust*

2