**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PARAGON OFFSHORE PLC, | Bankr. Case No. 16-10386 (CSS) |
| *Debtor*. | |
| PARAGON LITIGATION TRUST, | |
| *Plaintiff*, | |
| v. | Adv. Proc. No. 17-51882 (CSS) |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS, | |
| *Defendants*. | |

**NOTICE OF DEPOSITION OF
DANIEL OLIVARES**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30 and 45, made applicable to this proceeding by Rules 7026, 7030, and 9016 of the Federal Rules of Bankruptcy Procedure, and Local Rules 7026-1 and 7026-2, the Defendants will take the deposition upon oral examination of Daniel Olivares, before a Notary Public or other officer authorized to administer oaths, at the offices of Skadden, Arps, Slate, Meagher & Flom LLP,

1000 Louisiana St Suite 6800, Houston, Texas, 77002. The deposition will commence at 9:00 a.m. CDT on October 3, 2019, and will continue day-to-day thereafter until completed.

PLEASE TAKE FURTHER NOTICE that the deposition will be recorded by stenographic means and by videotape.

You are invited to attend and cross-examine.

Dated: September 19, 2019
Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

 */s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 20151)
Stephen J. Della Penna (I.D. No. 6103)
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

-and-

George A. Zimmerman (admitted *pro hac vice*)
Lauren E. Aguilar (admitted *pro hac vice*)
Four Times Square
New York, New York 10036
Phone:(212) 735-3000
Fax:(212) 735-2000

-and-

Wallis M. Hampton (admitted *pro hac vice*)
1000 Louisiana Street, Suite 6800
Houston, Texas 77002-5026
Telephone: (713) 655-5116

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Anthony W. Clark, hereby certify that on September 19, 2019, I caused the foregoing *Notice of Deposition of Daniel Olivares* to be served on the following parties in the manner indicated.

>Laura Davis Jones, Esq.
>Timothy P. Cairns, Esq.
>Pachulski Stang Ziehl & Jones LLP
>919 North Market Street, 17th Floor
>P.O. Box 8705
>Wilmington, DE 19899-8705
>**(By Electronic Mail and Hand Delivery)**
>
>David J. Zott, P.C., Esq.
>Jeffrey J. Zeiger, P.C., Esq.
>William E. Arnault, Esq.
>Anne I. Salomon, Esq.
>Kirkland & Ellis LLP
>300 N. LaSalle Street
>Chicago, IL 60654
>**(By Electronic Mail and First-class Mail)**

>>*/s/ Anthony W. Clark*
>>Anthony W. Clark