## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>*Debtor.* | Chapter 11<br><br>Bankr. Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE<br>CORPORATION HOLDINGS LTD., NOBLE<br>CORPORATION, NOBLE HOLDING<br>INTERNATIONAL (LUXEMBOURG) S.à r.l.,<br>NOBLE HOLDING INTERNATIONAL<br>(LUXEMBOURG NHIL) S.à r.l., NOBLE FDR<br>HOLDINGS LIMITED, MICHAEL A. CAWLEY,<br>JULIE H. EDWARDS, GORDON T. HALL, JON A.<br>MARSHALL, JAMES A. MACLENNAN, MARY P.<br>RICCIARDELLO, JULIE J. ROBERTSON, and<br>DAVID WILLIAMS,<br><br>*Defendants.* | Adv. Pro. No. 17-51882 (CSS) |

## CROSS-NOTICE OF DEPOSITION OF DANIEL OLIVARES

Please take notice that, pursuant to Federal Rule of Civil Procedure 30, made applicable to this proceeding by Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedure, and Local Rules 7026-1 and 7026-2, the Paragon Litigation Trust (the "Trust") will take the cross-examination deposition upon oral examination of Daniel Olivares before a Notary Public or other officer authorized to administer oaths, at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 1000 Louisiana Street, Suite 6800, Houston, Texas 77002. The cross-examination deposition will commence immediately following the conclusion of the deposition commencing at 9:00 a.m. CDT on October 3, 2019, and will continue from day-to-day until completed.

1

The deposition will be recorded by stenographic means and by videotape.

Dated: September 19, 2019

Respectfully Submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        tcairns@pszjlaw.com

– and –

KIRKLAND & ELLIS LLP
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
        jzeiger@kirkland.com
        warnault@kirkland.com
        anne.salomon@kirkland.com

*Co-Counsel for Plaintiff Paragon Litigation Trust*