# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>*Debtor.* | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>*Defendants.* | Adv. Pro. No. 17-51882 (CSS) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                    )SS:
COUNTY OF NEW CASTLE )

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Paragon Litigation Trust in the above-captioned action, and that on the 29th day of October, 2019, she caused a copy of the following to be served upon the individuals on the attached service list in the manner indicated:

**[Signed] Order Scheduling Omnibus Hearings [Docket No. 2198; Adv. Docket No. 2673]**

Elizabeth C. Thomas

Sworn to and subscribed before me this ___ day of October, 2019.

_____
Notary Public
My Commission Expires: 4/12/20

DOCS_DE:221825.15 69038/001

Paragon Offshore PLC – Adversary Service List
Adv. Proc. No. 17-51882 (CSS)
Doc #221939
04-First Class Mail

*VIA FIRST CLASS MAIL*
Counsel to Defendants
Skadden, Arps, Slate, Meagher & Flom LLP
Anthony W. Clark
Stephen J. Della Penna
One Rodney Square
P O Box 636
Wilmington, DE 19899

*VIA FIRST CLASS MAIL*
Counsel to Defendants
Skadden, Arps, Slate, Meagher & Flom LLP
George A. Zimmerman
Lauren E. Aguiar
Four Times Square
New York, New York 10036

*VIA FIRST CLASS MAIL*
Counsel to Defendants
Skadden, Arps, Slate, Meagher & Flom LLP
Wallis M. Hampton
1000 Louisiana Street, Suite 6800
Houston, Texas 77002-5026

*VIA FIRST CLASS MAIL*
Conflict Counsel
Joseph A. Matteo, Esq.
Kaplan Rice LLP
142 West 57th Street
Suite 4A
New York, New York 10019

Paragon Offshore 2002 Service List
Case No. 16-10386
Document No. 221821
13 – HAND DELIVERY
41 – FIRST CLASS MAIL

*(Attorneys for Paragon Litigation Trust)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

*HAND DELIVERY*
Richards, Layton & Finger, P.A.
Mark D. Collins, Esquire
Amanda R. Steele, Esquire
One Rodney Square
920 North King Street
Wilmington, DE 19801

*HAND DELIVERY*
Cozen O'Connor
Mark E. Felger, Esquire
1201 N. Market St
Suite 1001
Wilmington, DE 19801

*HAND DELIVERY*
Cozen O'Connor
Simon E. Fraser, Esquire
1201 N. Market Street
Suite 1001
Wilmington, DE 19801

*HAND DELIVERY*
Delaware Dept of Justice
Attn Bankruptcy Dept
820 N. French Street, 6th Floor
Wilmington, DE 19801

*HAND DELIVERY*
Landis Rath & Cobb LLP
Adam G. Landis, Esquire
Keri K. Mumford, Esquire
Kimberly A. Brown, Esquire
Travis J. Ferguson, Esquire
919 Market Street, Suite 1800
Wilmington, DE 19801

*HAND DELIVERY*
Morgan, Lewis & Bockius LLP
Jody C. Barillare, Esquire
The Nemours Building
1007 N. Orange Street, Suite 501
Wilmington, DE 19801

*HAND DELIVERY*
Office of the US Trustee Delaware
Benjamin A. Hackman, Esquire
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899-0035

*HAND DELIVERY*
Office of the US Attorney General
Kathy Jennings, Esquire
Carvel State Office Building
820 N French Street
Wilmington, DE 19801

*HAND DELIVERY*
Potter Anderson & Corroon LLP
Jeremy W. Ryan, Esquire
John A. Sensing, Esquire
R. Stephen McNeill, Esquire
D. Ryan Slaugh, Esquire
1313 N. Market Street, 6th floor
PO Box 951
Wilmington, DE 19801-0951

*HAND DELIVERY*
Skadden, Arps, Slate, Meagher & Flom LLP
Stephen J. Della Penna, Esquire
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**HAND DELIVERY**
US Attorney for Delaware
David C. Weiss, Esquire
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

**HAND DELIVERY**
Whiteford Taylor & Preston LLC
Thomas J. Francella, Jr., Esquire
The Renaissance Centre
405 N. King Street, Suite 500
Wilmington, DE 19801

**HAND DELIVERY**
Young Conaway Stargatt & Taylor, LLP
Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Jaime Luton Chapman, Esquire
Elizabeth S. Justison, Esquire
Rodney Square
1000 N. King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
*(Attorneys for Paragon Litigation Trust)*
David J. Zott, P.C.
Jeffrey J. Zeiger, P.C.
William E. Arnault
Anne I. Salomon
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654

**FIRST CLASS MAIL**
Paragon Offshore PLC
3151 Briarpark Drive
Suite 700
Houston, TX 77042

**FIRST CLASS MAIL**
Weil, Gotshal & Manges LLP
Gary T. Holtzer, Esquire
Stephen A. Youngman, Esquire
767 Fifth Avenue
New York, NY 10153

**FIRST CLASS MAIL**
Aldridge Pite, LLP
Christopher M. McDermott
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933

**FIRST CLASS MAIL**
Angelo Gordon & Co., LP
Attn Gavin Baiera
245 Park Avenue
New York, NY 10167

**FIRST CLASS MAIL**
Arnold & Porter Kaye Scholer LLP
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
Madlyn Gleich Primoff, Esquire
Benjamin Mintz, Esquire
250 West 55th Street
New York, NY 10019-9710

**FIRST CLASS MAIL**
Arosa Capital Management, L.P.
Attn Jonathan Feiler
120 West 45th Street
Suite 3700
New York, NY 10036

**FIRST CLASS MAIL**
Brown & Connery, LLP
Attn Donald K. Ludman
6 N. Broad Street, Suite 100
Woodbury, NJ 08096

*FIRST CLASS MAIL*
Buchalter Nemer, A Professional Corporation
Shawn M. Christianson, Esquire
Christine McIntire, Esquire
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

*FIRST CLASS MAIL*
Chiesa Shahinian & Giantomasi PC
Scott A. Zuber, Esquire
One Boland Drive
West Orange, NJ 07052

*FIRST CLASS MAIL*
Chiesa Shahinian & Giantomasi PC
Beth J. Rotenberg, Esquire
One Boland Drive
West Orange, NJ 07052

*FIRST CLASS MAIL*
Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

*FIRST CLASS MAIL*
Delaware State Treasury
820 Silver Lake Blvd, Suite 100
Dover, DE 19904

*FIRST CLASS MAIL*
(Counsel to Fort Bend Independent School District and Alief Independent School District)
Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West
Suite 600
Houston, TX 77008

*FIRST CLASS MAIL*
Freshfields Bruckhaus Deringer
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
601 Lexington Avenue, 31st Floor
New York, NY 10022

*FIRST CLASS MAIL*
Glenn Rogers PLLC
Marvin E. Sprouse III, Esquire
11610 Bee Caves Road, Suite 220
Austin, TX 78738

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

*FIRST CLASS MAIL*
Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*FIRST CLASS MAIL*
Iron Mountain Information Management, LLC
Joseph Corrigan
One Federal Street
Boston, MA 02110

*FIRST CLASS MAIL*
Jackson Walker L.L.P.
Monica S. Blacker
2323 Ross Avenue, Suite 600
Dallas, TX 75201

*FIRST CLASS MAIL*
Jones Day
Bruce Bennett, Esquire
Sidney P. Levinson, Esquire
James O. Johnston, Esquire
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071

3

*FIRST CLASS MAIL*
Jones Day
Geoffrey S. Stewart, Esquire
51 Louisiana Avenue, NW
Washington, DC 20001

*FIRST CLASS MAIL*
Jones Day
Jennifer L. Del Medico, Esquire
Genna L. Ghaul, Esquire
250 Vesey Street
New York, NY 10281

*FIRST CLASS MAIL*
Katten Muchin Rosenman LLP
Karen B. Dine, Esquire
Jerry Hall, Esquire
Rebecca Kinburn, Esquire
575 Madison Avenue
New York, NY 10022-2585

*FIRST CLASS MAIL*
Katten Muchin Rosenman LLP
Jerry L. Hall, Esquire
2900 K Street NW
North Tower, Suite 200
Washington, DC 20007-5118

*FIRST CLASS MAIL*
Kay D. Brock, Esquire
Assistant County Attorney
PO Box 1748
Austin, TX 78767

*FIRST CLASS MAIL*
Linebarger Goggan Blair & Sampson, LLP
John P. Dillman, Esquire
PO Box 3064
Houston, TX 77253-3064

*FIRST CLASS MAIL*
Montgomery Barnett, LLP
Stephen L. Williamson, Esquire
Michael E. Landis, Esquire
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

*FIRST CLASS MAIL*
Morgan, Lewis & Bockius LLP
Glenn E. Siegel, Esquire
Joshua Dorchak, Esquire
James O Moore, Esquire
101 Park Avenue
New York, NY 10178-0060

*FIRST CLASS MAIL*
Morgan, Lewis & Bockius LLP
Crystal R. Axelrod
1000 Louisiana Street
Suite 4000
Houston, TX 77002

*FIRST CLASS MAIL*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Andrew N. Rosenberg, Esquire
Brian S. Hermann, Esquire
Samuel E. Lovett, Esquire
Oksana Lashko, Esquire
Kellie A. Cairns, Esquire
1285 Avenue of the Americas
New York, NY 10019

*FIRST CLASS MAIL*
Ricoh USA Inc
Recovery & Bankruptcy Group
3920 Arkwright Road
Suite 400
Macon, GA 31210

*FIRST CLASS MAIL*
Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

*FIRST CLASS MAIL*
Satterlee Stephens Burke & Burke LLP
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
230 Park Avenue
New York, NY  10169

*FIRST CLASS MAIL*
Securities & Exchange Commission
Secretary of the Treasury
100 F Street NE
Washington, DC  20549

*FIRST CLASS MAIL*
Securities & Exchange Commission
Sharon Binger, Regional Director
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, PA  19103

*FIRST CLASS MAIL*
Securities & Exchange Commission NY Office
Andrew Calamari Regional Director
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281-1022

*FIRST CLASS MAIL*
Mary Beth Forshaw, Esquire
Bryce L. Friedman, Esquire
Sandeep Qusba, Esquire
Kathrine A. McLendon, Esquire
Nicholas Baker, Esquire
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY  10017-3954

*FIRST CLASS MAIL*
Skadden, Arps, Slate, Meagher & Flom LLP
Jay M. Goffman, Esquire
Shana A. Elberg, Esquire
Four Times Square
New York, NY  10036-6522

*FIRST CLASS MAIL*
Sodexo, Inc.
c/o Judy D. Thompson, Esquire
JD Thompson Law
P.O. Box 33127
Charlotte, NC  28233

5