# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>        *Debtor*. | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>        *Plaintiff*,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, NOBLE HOLDING INTERNATIONAL LIMITED, NOBLE HOLDING (U.S.) LLC, NOBLE INTERNATIONAL FINANCE COMPANY, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID W. WILLIAMS,<br><br>        *Defendants*. | Adv. Pro. No. 17-51882 (CSS) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 25, 2019, the Paragon Litigation Trust served the following upon the parties listed below in the manner indicated:

- *Expert Witness Report of Jeffrey Spittel*
- *Expert Report of Professor Jack F. Williams*

| *VIA ELECTRONIC MAIL*<br>Counsel to Defendants<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Stephen J. Della Penna<br>One Rodney Square<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>Counsel to Defendants<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Wallis M. Hampton<br>1000 Louisiana Street, Suite 6800<br>Houston, Texas 77002-5026 |
|---|---|

| | |
|---|---|
| *VIA ELECTRONIC MAIL*<br>Counsel to Defendants<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>George A. Zimmerman<br>Lauren E. Aguiar<br>Abigail Sheehan Davis<br>Four Times Square<br>New York, New York 10036 | |

**PLEASE TAKE FURTHER NOTICE** that on December 5, 2019, the Paragon Litigation Trust also served the aforementioned documents upon the parties listed below in the manner indicated:

| | |
|---|---|
| *VIA ELECTRONIC MAIL*<br>(Counsel to Julie J. Robertson)<br>Douglas D. Herrmann<br>Marcy J. McLaughlin Smith<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19899-1709<br>E-mail: herrmannd@pepperlaw.com<br>mclaughlinm@pepperlaw.com | *VIA ELECTRONIC MAIL*<br>(Counsel to Julie J. Robertson)<br>Andrew S. Hicks<br>SCHIFFER HICKS JOHNSON PLLC<br>700 Louisiana St., Suite 2650<br>Houston, TX 77002<br>E-mail: ahicks@shjlawfirm.com |

Dated:  December 12, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email: ljones@pszjlaw.com
            tcairns@pszjlaw.com

and

KIRKLAND & ELLIS LLP
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  dzott@kirkland.com
            jzeiger@kirkland.com
            warnault@kirkland.com
            anne.salomon@kirkland.com

*Co-Counsel for Paragon Litigation Trust*