UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-10386 (CSS)<br><br>(Jointly Administered) |
| PARAGON LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à.r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à.r.l., NOBLE FDR HOLDINGS LIMITED, NOBLE HOLDING INTERNATIONAL LIMITED, NOBLE HOLDING (U.S.) LLC, NOBLE INTERNATIONAL FINANCE COMPANY, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID W. WILLIAMS,<br><br>Defendants. | Adv. Proc. No. 17-51882 (CSS)<br><br>**Ref. Adv. Docket Nos. 56, 177** |

### ORDER GRANTING PLAINTIFF'S REQUEST TO AMEND CERTAIN DEADLINES IN THE MAY 8, 2018 SCHEDULING ORDER

Upon the representations made by the parties during the December 6, 2019 pre-trial conference and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The deadlines in the *Amended Scheduling Order* [Docket No. 177] are amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Defendants' Expert Reports | January 16, 2020 | January 16, 2020 |
| Plaintiff's Rebuttal Reports | February 20, 2020 | February 20, 2020 |
| Plaintiff's Expert Reports (Additional Experts)[1] | N/A | March 2, 2020 |
| Defendants' Rebuttal Reports (Additional Experts)[2] | N/A | April 1, 2020 |
| Expert Discovery Cut Off | March 17, 2020 | May 8, 2020 |
| Dispositive, *Daubert* and *In Limine* Motions | April 20, 2020 | June 1, 2020 |
| Dispositive, *Daubert* and *In Limine* Motion Responses | May 11, 2020 | June 22, 2020 |
| Dispositive, *Daubert* and *In Limine* Motion Replies | May 26, 2020 | July 7, 2020 |
| Joint Pre-Trial Memorandum | N/A | July 29, 2020 |
| Pretrial Conference | N/A | August 5, 2020 at 10 a.m. (EDT) |
| Trial Briefs | N/A | August 28, 2020 |

2.  Trial will begin on September 14, 2020, at 11 a.m. and will continue on the following days and times: September 15-16 (9:30 a.m.), 21-23 (9:30 a.m.), 25 (9:30 a.m.), 29-30 (9:30 a.m.) and October 1 (10 a.m.), 5-7 (9:30 a.m.), 9 (9:30 a.m.), and 19-21 (9:30 a.m.). Total trial time will not exceed a total of 120 hours. The Court will meet with counsel for 30 minutes in the mediation room prior to the start of each trial day.

---

[1] Plaintiff's Expert Reports due March 2, 2020 are limited in scope to the opinions in Defendant's Expert Reports that were not addressed by Professor Jack Williams or Jeffrey Spittel in their November 25, 2019 expert reports.

[2] Defendants' Rebuttal Reports due April 1, 2020 are limited in scope to the opinions in Plaintiff's Expert Reports due March 2, 2020.

3. Other than the deadlines changed herein, the terms of the *May 8, 2018 Scheduling Order* remain unchanged by this amended order.

12/20/19