**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PARAGON OFFSHORE PLC, et al., | Case No. 16-10386 (CSS) |
| Debtors. | |
| PARAGON LITIGATION TRUST, | |
| Plaintiff, | |
| v. | |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à.r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à.r.l., NOBLE FDR HOLDINGS LIMITED, NOBLE HOLDING INTERNATIONAL LIMITED, NOBLE HOLDING (U.S.) LLC, NOBLE INTERNATIONAL FINANCE COMPANY, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID W. WILLIAMS, | Adv. Proc. No. 17-51882 (CSS) |
| Defendants. | |

## PLAINTIFF'S RULE 26(A) EXPERT DISCLOSURES

Plaintiff designates the following persons as experts in this case.

### Retained Experts

**Jeffrey Spittel**
FTI
1301 McKinney Street Suite 3500
Houston, Texas 77010

Mr. Spittel's expert reports contain the information required by Rule 26(a)(2)(A).

**Professor Jack F. Williams**
Baker Tilly Virchow Krause, LLP
1050 Crown Pointe Parkway Suite 1650
Atlanta, Georgia 30338

Professor Williams' expert reports contain the information required by Rule 26(a)(2)(A).

### Non-Retained Fact Witnesses Who May Provide Expert Testimony

The following fact witnesses have not been retained or specially employed to provide expert testimony in this case and do not regularly give expert testimony as part of their duties. While they are fact witnesses, and were each deposed during fact discovery, some of their testimony might be deemed opinion testimony under Federal Rules of Evidence 702, 703, or 705.  Out of an abundance of caution, and without conceding that the following testimony is subject to the disclosure requirements of Federal Rule of Civil Procedure 26(a)(2)(C), Plaintiff may call the following witnesses at trial:

**All witnesses designated by Defendants as Non-Retained Fact Witnesses Who May Provide Expert Testimony (Doc. 294)**

**Jeffrey Chastain**
c/o Lauren E. Aguiar
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036

Jeffrey Chastain, Vice President of Investor Relations and Corporate Communications for Noble, may testify on the following subject matters:

- Paragon's and Noble's business strategies and financial forecasts; and

- the offshore drilling market and the outlook for standard specification assets.

The factual bases for this testimony are Mr. Chastain's personal knowledge and experience in the offshore drilling industry, including at Noble.  He testified on these and other issues that may be the subject of his trial testimony at his August 15, 2019 deposition.

**Janet Duncan**
c/o Keith M. Fleischman
Fleischman Bonner & Rocco LLP
565 Fifth Avenue, 7th Floor
New York, New York 10017

Janet Duncan, former Vice President and Treasurer for Noble, may testify on the following subject matters:

- Paragon's and Noble's business strategies, financial forecasts, and relationships with banks and ratings agencies; and

- the offshore drilling market and the outlook of standard specification assets.

The factual bases for this testimony are Ms. Duncan's personal knowledge and experience in the offshore drilling industry, including at Noble. She testified on these and other issues that may be the subject of her trial testimony at her September 26, 2019 deposition.

**Christopher Hefty**
c/o Robert Cooper
Cleary, Gottlieb, Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10006

Christopher Hefty of Barclays Capital, Inc., may testify on the following subject matters:

- investment banking related to the energy, oil and gas, and oilfield services industries;

- Paragon's and Noble's business strategies and financial forecasts; and

- the offshore drilling market and the outlook of standard specification assets.

The factual bases for this testimony are Mr. Hefty's personal knowledge and experience in the investment banking industry, including at Barclays. He testified on these and other issues that may be the subject of his trial testimony at Barclays' September 27, 2019 deposition.

**James MacLennan**
c/o Lauren E. Aguiar
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036

James MacLennan, former Senior Vice President, Chief Financial Officer, and Treasurer for Noble, may testify on the following subject matters:

- the offshore drilling market and the outlook of standard specification assets;

- the functionality, features, condition, and useful life of standard specification assets; and

- Paragon's and Noble's business strategies and financial forecasts.

The factual bases for this testimony are Mr. MacLennan's personal knowledge and experience in the offshore drilling industry, including at Noble. He testified on these and other issues that may be the subject of his trial testimony at his July 24-25, 2019 deposition.

**Andrew Stull**
c/o Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

Andrew Stull, Managing Director for Houlihan Lokey, Inc., may testify on the following subject matters:

- financial feasibility, valuation, and solvency analysis in the energy, oil and gas, and oilfield services industries.

The factual bases for this testimony are Mr. Stull's personal knowledge and experience in the financial services industry, including at Houlihan. He testified on these and other issues that may be the subject of his trial testimony at Houlihan's July 23, 2019 deposition.

Dated: February 20, 2020

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Timothy P. Cairns*
        Laura Davis Jones (DE Bar No. 2436)
        Timothy P. Cairns (DE Bar No. 4228)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        ljones@pszjlaw.com
        tcairns@pszjlaw.com

        – and –

        KIRKLAND & ELLIS LLP
        David J. Zott, P.C. (admitted *pro hac vice*)
        Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
        William E. Arnault (admitted *pro hac vice*)
        Anne I. Salomon (admitted *pro hac vice*)
        300 N. LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Facsimile: (312) 862-2200
        dzott@kirkland.com
        jzeiger@kirkland.com
        warnault@kirkland.com
        anne.salomon@kirkland.com

        *Co-Counsel for Plaintiff*