**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on July 7, 2020, I caused the foregoing Appendix and Declaration of Jeffrey J. Zeiger in Support of the Reply in Support of the Paragon Litigation Trust's Motion to Exclude the Testimony of Emilie Feldman to be served on the following parties by electronic mail.

> Anthony W. Clark
> Stephen J. Della Penna
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899-0636
> Telephone: (302) 651-3000
> Facsimile: (302) 651-3001
>
> George A. Zimmerman
> Lauren E. Aguiar
> Four Times Square
> New York, New York 10036-6522
> Telephone: (212) 735-3000
> Facsimile: (212) 735-2000
>
> Wallis M. Hampton
> 1000 Louisiana Street, Suite 6800
> Houston, Texas 77002-5026
> Telephone: (713) 655-5116
> Facsimile: (713) 483-9116

*/s/ Timothy P. Cairns*
Timothy P. Cairns