**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on July 7, 2020, I caused the foregoing Appendix and Declaration of Jeffrey J. Zeiger in Support of the Reply in Support of the Paragon Litigation Trust's Motion *In Limine* to Preclude Testimony from Daniel Olivares to be served on the following parties by electronic mail.

    Anthony W. Clark
    Stephen J. Della Penna
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    Facsimile: (302) 651-3001

    George A. Zimmerman
    Lauren E. Aguiar
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Facsimile: (212) 735-2000

    Wallis M. Hampton
    1000 Louisiana Street, Suite 6800
    Houston, Texas 77002-5026
    Telephone: (713) 655-5116
    Facsimile: (713) 483-9116

    */s/ Timothy P. Cairns*
    Timothy P. Cairns