## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PARAGON OFFSHORE PLC, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 16-10386 (CSS)<br><br>(Jointly Administered) |
| PARAGON LITIGATION TRUST,<br><br>                    Plaintiff,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à.r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à.r.l., NOBLE FDR HOLDINGS LIMITED, NOBLE HOLDING INTERNATIONAL LIMITED, NOBLE HOLDING (U.S.) LLC, NOBLE INTERNATIONAL FINANCE COMPANY, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID W. WILLIAMS,<br><br>                  Defendants. | Adv. Proc. No. 17-51882 (CSS)<br><br>**Ref. Adv. Docket Nos. 56, 177, 292** |

## ORDER GRANTING PLAINTIFF'S REQUEST TO AMEND CERTAIN DEADLINES IN THE SCHEDULING ORDER

Upon the representations made by the parties during the July 21, 2020 pre-trial conference and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The deadlines in the *Order Granting Plaintiff's Request to Amend Certain Deadlines in the May 8, 2018 Scheduling Order* [Docket No. 292] (the "Scheduling Order") are amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Joint Pre-Trial Memorandum | July 29, 2020 | August 5, 2020 |
| Pretrial Conference | August 5, 2020 at 10 a.m. (EDT) | August 12, 2020 at 2 p.m. (EDT) |
| Trial Briefs | August 28, 2020 | August 28, 2020 |

2. Other than the deadlines changed herein, the terms of the Scheduling Order remain unchanged by this amended order.

Dated: July 23rd, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE