# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| PARAGON OFFSHORE PLC, | : | Case No. 16-10386 (CSS) |
| Debtor. | : | |
| | | |
| PARAGON LITIGATION TRUST, | : | |
| Plaintiff, | : | Adv. Proc. No. 17-51882 (CSS) |
| v. | : | |
| NOBLE CORPORATION, PLC, *et al.*, | : | |
| Defendants. | : | |

## (REVISED)
## MEDIATOR'S REPORT

The Mediator reports as follows:

The Mediator conducted the mediation of the captioned adversary proceeding on July 28, 2020, and it finished on July 30, 2020. At the mediation the plaintiff, Paragon Litigation Trust, and its attorneys appeared and defendants and insurance carriers appeared through their attorneys. All actively participated. The Mediator is fully convinced that the case should have settled and believes that it will settle in the future. The Mediator remains available to work with the parties and their lawyers. Respectfully submitted,

July 31, 2020               */s/ Kevin Gross*
                            Kevin Gross, Mediator

RLF1 23803049v.1