**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PARAGON OFFSHORE PLC, | Bankr. Case No. 16-10386 (CSS) |
| Debtor. | |
| PARAGON LITIGATION TRUST, | |
| Plaintiff, | |
| v. | |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, NOBLE HOLDING INTERNATIONAL LIMITED, NOBLE HOLDING (U.S.) LLC, NOBLE INTERNATIONAL FINANCE COMPANY, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS, | Adv. Proc. No. 17-51882 (CSS) |
| Defendants. | |

**ORDER GRANTING THE PARTIES' REQUEST TO AMEND CERTAIN
DEADLINES IN THE SCHEDULING ORDER**

Upon the representations made by the parties and after due deliberation and sufficient

cause appearing therefor,

**IT IS HEREBY ORDERED** that:

5

1.      The deadlines in the *Order Granting Plaintiff's Request to Amend Certain Deadlines* [Docket No. 367] (the "Scheduling Order") are amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Joint Pre-Trial Memorandum | August 5, 2020 | August 27, 2020 |
| Trial Briefs | August 28, 2020 | No Change |
| Pretrial Conference | August 12, 2020 at 10 a.m. (EDT) | September 1, 2020 at 11 a.m. (EDT) |
| Oral Argument on at Motions *in Limine* [Docket Nos. 300, 305 and 308] | August 11, 2020 at 3 p.m. (EDT) | September 9, 2020 at 1 p.m. (EDT) |
| Oral Argument on at Motions *in Limine* [Docket Nos. 311 and 314] | September 9, 2020 at 1 p.m. (EDT) | No Change |

2.      Other than the deadlines changed herein, the terms of the Scheduling Order remain unchanged by this amended order.

**Dated: August 2nd, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**