# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PARAGON OFFSHORE PLC, et al., | : | Case No.: 16-10386 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |
| PARAGON LITIGATION TRUST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No.: 17-51882 (CSS) |
| | : | |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDING LTD, NOBLE HOLDINGS INTERNATIONAL (LUXEMBOURG) S.A.R.L., NOBLE FDR HOLDINGS LIMITED, ASHLY ALMANZA, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF LAW FIRM CHANGE

PLEASE TAKE NOTICE that Joseph A. Matteo, Esq., admitted *pro hac vice* in this adversary proceeding as counsel for defendant Noble Corporation PLC, has changed law firms as reflected in the signature block below.

Dated: August 3, 2020

                                                          MACAULEY LLC

                                               /s/ Thomas G. Macauley
                                             Thomas G. Macauley (No. 3411)
                                             300 Delaware Ave, Suite 1018
                                             Wilmington, DE  19801
                                             (302) 656-0100

-2-

      -and-

BARNES & THORNBURG LLP
Joseph A. Matteo, Esq. (admitted *pro hac vice*)
445 Park Avenue, Suite 700
New York, New York 10022
(646) 746-2023
jmatteo@btlaw.com

*Attorneys for Defendant*
*Noble Corporation PLC*