# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PARAGON OFFSHORE PLC, et al., | Case No. 16-10386 (CSS) |
| Debtors. | (Jointly Administered) |
| PARAGON LITIGATION TRUST, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 17-51882 (CSS) |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à.r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à.r.l., NOBLE FDR HOLDINGS LIMITED, NOBLE HOLDING INTERNATIONAL LIMITED, NOBLE HOLDING (U.S.) LLC, NOBLE INTERNATIONAL FINANCE COMPANY, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID W. WILLIAMS, | **Ref. Adv. Docket Nos. 292, 374** |
| Defendants. | |

## CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER AMENDING CERTAIN DEADLINES IN THE SCHEDULING ORDER

The undersigned hereby certifies the following:

1.      On September 3, 2020, the Court held a telephonic status conference.

2.      During the status conference, the Court amended the current scheduling order in this adversary proceeding, as provided in the *Order Granting Plaintiff's Request to Amend Certain Deadlines in the May 8, 2018 Scheduling Order* [Dkt. No. 292] entered on December 20,

2019 and as amended in the *Order Granting the Parties' Request to Amend Certain Deadlines in the Scheduling Order* [Docket No. 374], to reschedule the trial date from September 14, 2020 to November 30, 2020.  The prior pre-trial deadlines have been vacated.

3. The proposed form of order incorporating the amendment to the scheduling order and rescheduling the pre-trial deadlines is attached hereto as **Exhibit A**. Plaintiff shared the proposed form of order with Defendants.  Defendants have no objection to the entry of the proposed form of order.

4. Accordingly, Plaintiff respectfully requests entry of the attached proposed order at the Court's earliest convenience.

Dated: September 16, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/  Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
ljones@pszjlaw.com
tcairns@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
Jason A. Feld (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dzott@kirkland.com
jzeiger@kirkland.com
warnault@kirkland.com
anne.salomon@kirkland.com
jason.feld@kirkland.com

*Co-Counsel for Plaintiff*