# **Exhibit A**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| PARAGON OFFSHORE PLC, et al., | Case No. 16-10386 (CSS) |
| Debtors. | (Jointly Administered) |
| PARAGON LITIGATION TRUST, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 17-51882 (CSS) |
| NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à.r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à.r.l., NOBLE FDR HOLDINGS LIMITED, NOBLE HOLDING INTERNATIONAL LIMITED, NOBLE HOLDING (U.S.) LLC, NOBLE INTERNATIONAL FINANCE COMPANY, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, AND DAVID W. WILLIAMS, | **Ref. Adv. Docket Nos. 292, 374** |
| Defendants. | |

## ORDER AMENDING CERTAIN
## DEADLINES IN THE SCHEDULING ORDER

Upon the representations made by the parties during the September 3, 2020 status conference and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The deadlines in the Order Granting the Parties' Request to Amend Certain Deadlines in the Scheduling Order [Docket No. 374] are amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Joint Pre-Trial Memorandum | August 27, 2020 | October 14, 2020 |
| Pretrial Conference | September 1, 2020 | October 21, 2020 |
| Oral Argument on Motions *in Limine* [Docket Nos. 300, 305, 308, 311, and 314] | September 9, 2020 | October 28, 2020 |
| Trial Briefs | August 28, 2020 | November 6, 2020 |

2. Trial will begin on November 30, 2020 and will continue from Monday through Thursday through December 17, 2020. To the extent trial is not completed by December 17, 2020, it will resume in January 2021.

3. Other than the deadlines changed herein, the terms of the scheduling order remain unchanged by this amended order.