## CERTIFICATE OF SERVICE

I, Timothy P. Cairns hereby certify that on September 16, 2020, I caused the foregoing Certification of Counsel Requesting Entry of Order Amending Certain Deadlines in the Scheduling Order to be served on the parties on the attached service list as indicated.

*/s/ Timothy P. Cairns*
Timothy P. Cairns (Bar No. 4228)

Paragon Offshore PLC – Adversary Service List
Adv. Proc. No. 17-51882 (CSS)
Doc #221939
11-Electronic Mail

*VIA ELECTRONIC MAIL*
Counsel to Defendants
Skadden, Arps, Slate, Meagher & Flom LLP
Anthony W. Clark
Stephen J. Della Penna
One Rodney Square
Wilmington, DE 19801
Email: anthony.clark@skadden.com
        stephen.dellapenna@skadden.com

*VIA ELECTRONIC MAIL*
Counsel to Defendants
Skadden, Arps, Slate, Meagher & Flom LLP
George A. Zimmerman
Lauren E. Aguiar
One Manhattan West
New York, New York 10001
Email:  george.zimmerman@skadden.com
         lauren.aguiar@skadden.com

*VIA ELECTRONIC MAIL*
Counsel to Defendants
Skadden, Arps, Slate, Meagher & Flom LLP
Wallis M. Hampton
1000 Louisiana Street, Suite 6800
Houston, Texas 77002-5026

Email: wallis.hampton@skadden.com

*VIA ELECTRONIC MAIL*
Conflict Counsel
Joseph A. Matteo, Esq.
Barnes & Thornburg LLP
445 Park Ave., Suite 700
New York, New York 10022
Email: jmatteo@btlaw.com

*VIA ELECTRONIC MAIL*
(Counsel to Julie J. Robertson)
Douglas D. Herrmann
Marcy J. McLaughlin Smith
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899-1709
E-mail: douglas.herrmann@troutman.com
marcy.smith@troutman.com

*VIA ELECTRONIC MAIL*
(Counsel to Julie J. Robertson)
Andrew S. Hicks
SCHIFFER HICKS JOHNSON PLLC
700 Louisiana St., Suite 2650
Houston, TX 77002
E-mail: ahicks@shjlawfirm.com