**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>      *Debtor*. | Chapter 11<br><br>Case No. 16-10386 (CSS) |
| PARAGON LITIGATION TRUST,<br><br>      *Plaintiff*,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, NOBLE HOLDING INTERNATIONAL LIMITED, NOBLE HOLDING (U.S.) LLC, NOBLE INTERNATIONAL FINANCE COMPANY, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID W. WILLIAMS,<br><br>      *Defendants*. | Adv. Pro. No. 17-51882 (CSS)<br><br><br><br><br><br><br><br><br><br>**Objection Deadline: Feb. 18, 2021 at 4:00 p.m. (ET)**<br>**Hearing Date: March 9, 2021 at 10:00 a.m. (ET)** |

**NOTICE OF THE PARAGON LITIGATION TRUST'S MOTION FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AMONG THE PARAGON LITIGATION TRUST, THE NOBLE DEFENDANTS, AND THE D&O DEFENDANTS**

        **PLEASE TAKE NOTICE** that on February 4, 2021, the Paragon Litigation Trust filed *The Paragon Litigation Trust's Motion for Entry of an Order Approving the Settlement Among the Paragon Litigation Trust, the Noble Defendants, and the D&O Defendants* (the

1

"Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **February 18, 2021, at 4:00 p.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtor, (a) Richards Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Mark D. Collins, Amanda R. Steele, Esq. and (b) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Gary T. Holtzer, Esq.; (ii) counsel to the Paragon Litigation Trust, (a) Kirkland & Ellis LLP, 300 N. LaSalle Street, Chicago, IL 60654, Attn: David J. Zott, P.C. and Jeffrey J. Zeiger, P.C. and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq.; and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Benjamin A. Hackman, Esq.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION MAY BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED

STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801 **ON MARCH 9, 2021 AT 10:00 A.M. (PREVAILING EASTERN TIME).**

| | |
|---|---|
| Dated: February 4, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | and |
| | |
| | KIRKLAND & ELLIS LLP |
| | David J. Zott, P.C. (admitted *pro hac vice*) |
| | Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*) |
| | William E. Arnault (admitted *pro hac vice*) |
| | Anne I. Salomon (admitted *pro hac vice*) |
| | Jason A. Feld (admitted *pro hac vice*) |
| | 300 N. LaSalle Street |
| | Chicago, IL 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: dzott@kirkland.com |
| | jzeiger@kirkland.com |
| | warnault@kirkland.com |
| | anne.salomon@kirkland.com |
| | jason.feld@kirkland.com |
| | |
| | *Co-Counsel for Paragon Litigation Trust* |