IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PARAGON OFFSHORE PLC,<br><br>*Debtor.* | Chapter 11<br><br>Case No. 16-10386 (CSS)<br><br>**Ref. Docket No. 2223** |
| PARAGON LITIGATION TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>NOBLE CORPORATION PLC, NOBLE CORPORATION HOLDINGS LTD, NOBLE CORPORATION, NOBLE HOLDING INTERNATIONAL (LUXEMBOURG) S.à r.l., NOBLE HOLDING INTERNATIONAL (LUXEMBOURG NHIL) S.à r.l., NOBLE FDR HOLDINGS LIMITED, MICHAEL A. CAWLEY, JULIE H. EDWARDS, GORDON T. HALL, JON A. MARSHALL, JAMES A. MACLENNAN, MARY P. RICCIARDELLO, JULIE J. ROBERTSON, and DAVID WILLIAMS,<br><br>*Defendants*. | Adv. Pro. No. 17-51882 (CSS)<br><br>**Ref. Adv. Docket No. 389** |

### CERTIFICATION OF COUNSEL REGARDING THE PARAGON LITIGATION TRUST'S MOTION FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AMONG THE PARAGON LITIGATION TRUST, THE NOBLE DEFENDANTS, AND THE D&O DEFENDANTS

The undersigned hereby certifies the following:

1. On February 4, 2021, the Paragon Litigation Trust (the "Trust") filed *The Paragon Litigation Trust's Motion for Entry of an Order Approving the Settlement Among the Paragon Litigation Trust, the Noble Defendants, and the D&O Defendants* [Case No. 16-10386, Docket No. 2223; Adv. Case No. 17-51882, Adv. Docket No. 389] (the "Settlement Motion") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of the Settlement Motion, responses were due to be filed on or before February 18, 2021 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The Trust granted an extension of the Objection Deadline for the U.S. Trustee (the "UST") to February 24, 2021 at 4:00 p.m. prevailing Eastern Time. The UST provided informal comments to the Settlement Motion. No other responses were received to the Settlement Motion.

3. A revised proposed form of order ("Revised Proposed Order") incorporating the UST's comments is attached hereto as **Exhibit A**. A blackline comparison of the Revised Proposed Order against the form of order filed with the Settlement Motion is attached hereto as **Exhibit B**.

4. The Noble Defendants have consented to the entry of the Revised Proposed Order. Accordingly, the Trust respectfully requests entry of the Revised Proposed Order at the Court's earliest convenience.

Dated: February 23, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
 tcairns@pszjlaw.com

– and –

KIRKLAND & ELLIS LLP
David J. Zott, P.C. (admitted *pro hac vice*)
Jeffrey J. Zeiger, P.C. (admitted *pro hac vice*)
William E. Arnault (admitted *pro hac vice*)
Anne I. Salomon (admitted *pro hac vice*)
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: dzott@kirkland.com
   jzeiger@kirkland.com
   warnault@kirkland.com
   anne.salomon@kirkland.com

*Co-Counsel for The Paragon Litigation Trust*